1  **CALLAHAN & BLAINE, APLC**
   Michael J. Sachs (SBN 134468)
2  mjs@callahan-law.com
   John D. Van Ackeren (SBN 240793)
3  Jvanackeren@callahan-law.com
   3 Hutton Centre Drive, Ninth Floor
4  Santa Ana, California 92707
   Telephone: (714) 241-4444
5  Facsimile: (714) 241-4445

6  Attorneys for Defendants TWO 4 STU, LLC
   and STUART JAY LERNER
7

8                **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN FRANCISCO DIVISION**

11

12

13 HUNDRED ACRE WINE GROUP          CASE NO.: 3:22-CV-07305-jd
   INC., a Delaware Corporation,
14                                  Judge: James Donato
           Plaintiff,
15                                  **DECLARATION OF BETH
        v.                          CHRISMAN IN SUPPORT OF
16                                  DEFENDANTS TWO 4 STU, LLC
   TWO 4 STU, LLC, a California limited   AND STUART LERNER'S
17 liability company dba LERNER     OPPOSITION TO PLAINTIFF
   PROJECT; STUART JAY LERNER,      HUNDRED ACRE WINE GROUP,
18 an individual; VINE VAULT LLC, a  INC.'S MOTION FOR
   Georgia limited liability company; and  TEMPORARY RESTRAINING
19 ELTON POTTS, an individual,      ORDER AND PRELIMINARY
                                    INJUNCTION**
20         Defendants.
                                    Hearing Date:   February 2, 2023
21                                  Hearing Time:   10:00 a.m.
                                    Courtroom:      11
22
                                    Complaint Filed:   November 18, 2022
23                                  Trial Date:        None Set

24

25

26

27

28

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM

## DECLARATION OF BETH CHRISMAN

I, BETH CHRISMAN, hereby declare as follows:

1. I am a Certified Questioned Document Examiner and court qualified expert witness in the field of questioned documents.  I am over the age of eighteen years, am of sound mind, and I am competent in all respects to make this Declaration.  I have personal knowledge of the matters declared herein, and if called to testify, I could and would competently testify thereto.

2. I have studied, was trained, and hold a certification in the examination, comparison, and analysis of documents including the identification of handwriting and signatures. I have lectured and taught document and handwriting related classes and have served as an expert within pending litigation matters, testifying over 150 times in State and Federal cases. A true and correct copy of my current Curriculum Vitae ("C.V.") is attached as EXHIBIT A.

3. **Assignment:**     I was asked to determine if the Matt Simpson of the known comparison documents authored the questioned anonymous note.

4. **Opinion:**  Based on a thorough analysis of the documents submitted to me, my professional expert opinion is that there is a strong probability the Matt Simpson of the known comparison writing samples did author the anonymous writings on the questioned document, Q1.

5. **Documents Submitted for Examination:** The law office of Callahan & Blaine provided digital copies via email of all the documents to be examined in this case. Below is a list of the questioned and known comparison documents as I have labeled them for the purposes of my examination and report. All documents outlined below are attached to this report.

6. Further, I was not present to observe the writing or signing of any of the documents provided, therefore, I do not have firsthand knowledge of the history of the documents provided. I have relied upon my client's statement that the known documents are indeed written by Matt Simpson.

7. **Questioned Document Attached as EXHIBIT B:**

**Q1.**     One-page containing what appears to be a handwritten envelope addressed to 'brigiD babb,' a handwritten note, and the back of an envelope containing one printed word.

8. **Known/Comparison Documents Attached as EXHIBIT C:**

**K1.**     A Winegrower Tax Return containing handwriting and a signature dated February 22, 2017.

**K2.**     A Maintenance Form For Inventory Suppliers that may be a screen shot from a computer containing handwriting.

**K3.**     An Encore Glass Application For Commercial Credit, page 1, containing handwriting.

**K4.**     A Golden State Box Factory form containing handwriting and a signature.

**K5.**     A form regarding grape crushing containing handwritten numerals.

**K6.**     A form notating Peirce's Disease Assessment containing handwritten numerals.

9. **Basis of Opinion:** The basis for handwriting identification is that writing habits are not instinctive or hereditary but are complex processes that are developed gradually through habit and that handwriting is unique to each individual.  Further, the basic axiom is that no one person writes exactly the same way twice and no two people write exactly the same. Thus, writing habits or individual characteristics distinguish one person's handwriting from another.

According to Albert Osborn in his book, Questioned Documents, "It needs to be emphasized that two writings are identified as being by the same writer by an absence of fundamental divergences as well as by a combination of a sufficient number of similarities. The process is always a double operation, positive and negative, and if error is to be avoided neither part of the process should be overlooked.  In order to reach the conclusions of identity of two sets of writings there must not be present significant and unexplained divergences. These divergences

must, however, be something more than mere trivial variations that can be found in almost any handwriting."

A disguised handwriting is one in which the person has made a deliberate attempt to remove or to modify all or some of his normal writing habits. A favorite practice of the anonymous letter writer is to employ disguise to avoid detection. Perfect disguise would assure complete protection, but perfect disguise is itself extremely difficult. Although it is relatively simple to change one's writing habits sufficiently for one or two words to preclude identification, the task of maintaining an effective disguise grows more difficult with each additional word. With as much as a page of writing is disguised, it is generally true that the writer's normal habit are only partially veiled. Under these conditions the disguise may not be sufficient to prevent an identification, especially if a large quantity of known writing is at hand.

A process of analysis, comparison and evaluation is conducted.  This process is known as the ACE Method. The guidelines followed are published by SWGDOC, the Scientific Working Group for Document Examination.

Based on the conclusions of the expert, an opinion will be expressed.  See opinion levels for expressing conclusions that are based on SWGDOC guidelines in EXHIBIT D.

10. **Examinations & Observations:**

    **a)**  The documents provided are of good quality and a sufficient quantity has been presented to complete an analysis. There may be limitations in this case due to only having photocopies, limited samples, as well as the obstacles that may present themselves in anonymous writings such as disguise.

    **b)**  The questioned handwriting does not appear tremorous or drawn. It appears natural in fluidity.

c)   Known specimen handwriting and signature samples of Matt Simpson aka Matthew Simpson were presented for examination.  These were provided as a meaningful specimen group revealing the writing variations of Matt Simpson. These specimen samples intercompared with one another and it was determined there is a wide range of variation present. Sometimes the writer writes in all uppercase letters, other examples show a use of uppercase and lowercase letters.

d)   The questioned handwriting was compared to the specimen handwriting in a side-by-side examination using unaided eye as well as computerized enlargements.

e)   On the basis of my examination there are distinct similarities observed in letter formations, letter height proportions, numeral formations, skill, and spacing. Some of the comparisons are listed below.

   i.   The lowercase 'b' formation in the anonymous mail can be found in the email addresses in the lower right portion of the K3 document.

   ii.   The 'D' at the end of 'brigiD' in the anonymous note that appears less rounded cannot be matched to any of the comparison writing samples.

   iii.   The 'r' formation is consistent in its stem and overly pronounced arc that extends upward and to the right.

   iv.   Comparison document K4 has a handwritten 'Brasswood' that exhibits the similar letter formations of 'r, a, s, w, o, and d' that are seen in the anonymous mail. The tall extending 'd' stem is even similar between the questioned and known writing samples.

   v.   The 'u' with no stem is similar between the questioned and specimen writings.

DECLARATION OF BETH CHRISMAN
ANONYMOUS MAIL

vi. The letters 'M' and 'n' are similar. The habit of the middle section of the 'M' not extending to the baseline is similar. The habit of the terminal stroke of the 'N' extending a bit taller is similar.

vii. The 'nt' combination and the 'NT' combination found in the anonymous mail are seen in the comparison writing samples.

viii. The uppercase and lowercase 'E/e' formations are similar between the questioned and specimen samples.

ix. The numerals 4, 8, 5, and 9 are all similar. Additionally, the habit observed in the '5' with the top line extending over the next letter is seen in the specimen samples.

**f)** The questioned handwriting does fall within the normal range of variation exhibited in the specimen handwriting samples of Matt Simpson.

See EXHIBIT E for a handwriting compendium and comparison.


I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. This declaration was executed on the 6th day of January 2023, in Long Beach, California.


BETH CHRISMAN

Exhibit A

Beth Chrisman, CQDE
Certified Questioned Document Examiner
444 W. Ocean Blvd., Suite 800, Long Beach, CA 90802
11500 S Eastern Ave, Ste 150, Henderson, NV 89052
310-910-3993

## CURRICULUM VITAE

I am, Beth Chrisman, a certified and court-qualified Questioned Document Examiner. Beginning my career in 2006, I have examined over 1800 document examination cases. I have qualified as an expert witness and testified over one hundred fifty times.

*Opinions Rendered in Various Types of Questioned Document & Handwriting Examination Cases Include:* Accounting ledger, anonymous notes/writings, arbitration agreements, bankruptcy, bill of sale, birth certificates, checks, chiropractic records, contracts, corporate minutes, cut-and-paste (transferred) signatures, deeds, dental records, diary entries, divorce settlements, employee files, graffiti, investment transfers, invoices, life insurance forms, medical records, Miranda rights forms, rent/lease agreements, stock certificates, trust documents, and wills.

*Education & Training*
- SAFE Annual Conference August 27, 2021, & October 1, 2021. Earning 10 hours of CET
- IADE Annual Conference September 11, 12, and 13, 2021. Earning 12 hours CET.
- IADE Continuing Education Classes held quarterly throughout the year of 2020; two attended.
- SAFE Continuing Education Classes held monthly throughout the year of 2020; six attended.
- SAFE Annual Conference October 2, 2020. Earning 6 hours of CET
- IADE Annual Conference September 21, 22, and 23, 2020. Earning 12 hours CET.
- SAFE Annual Conference September 6, 2019, and October 4, 2019. Earning 11.5 hours of CET
- IADE Annual Conference September 12, 13, and 14, 2019. Earning 21 hours CET.
- SAFE Annual Conference September 7, 2018, and October 19, 2018. Earning 9.5 hours of CET.
- IADE Annual Conference August 25, 2018, and August 26, 2018. Earning 12 hours CET.
- IADE Annual Conference September 7, 8, and 9, 2017, Denver, CO. Earning 19.5 hours of CET.
- SAFE Annual Conference August 4, 2017, and August 25, 2017. Earning 9.25 hours of CET.
- SAFE Annual Conference July 29, 2016, and August 26, 2016. Earning 12 hours of CET.
- IADE Annual Conference September 11, 12, and 13, 2015. Earning 24 hours of CET.
- SAFE Annual Conference July 31, 2015, and August 28, 2015. Earning 6.5 hours of CET.
- SAFE Annual Conference August 14 – 16, 2014. Earning 19 hours of CET.
- ACFEI Conference October 2009, Las Vegas, NV. (American College of Forensic Examiners International) Attended specific lectures on ink and paper counterfeiting by FBI personnel.

- International School of Forensic Document Examination: Certified Forensic Document Examination, Graduation Date July 2008

*Specific Areas of Training:* Handwriting Identification, Signature Comparison, Techniques for Distinguishing Forged Signatures, Disguised Handwriting, Altered Numbers, Anonymous Writing, Laboratory Procedures, Forensic Microscopy, and Forensic Photography, Identifying Printing Methods, Papers and Watermarks, Factors that Affect Writing, Demonstrative Evidence, Forgery Detection Techniques, Detection of Forged Checks, Document Image Enhancement, Ethics in Business and the Legal System, Participation in Mock Courtroom Trials.

- American Institute of Applied Science; 101Q Questioned Documents course completed

- 3-year full-time apprenticeship from October 2006 through October 2009 in the office of Bart Baggett. My apprenticeship Included all aspects of running a document examination office: client contact, setting up cases for examination, examining cases, writing reports, and declarations, overseeing requested writing exemplars, attending on-site examinations, depositions, and trial testimony. I managed 204 cases consisting of 2157 documents during this time. In addition, I began taking individual cases that were mentored and/or peer reviewed.

- Bachelor of Science in Prosthetics and Orthotics from the University of Texas Southwestern Medical Center at Dallas. Graduation Date May 2005

*Proficiency Testing:*
- IADE Annual PT, 2021
- IADE Annual PT, 2020
- IADE Annual PT, 2019
- IADE Annual PT, 2018
- Created and proctored IADE PT in 2017
- IADE Annual PT, 2015
- CTS (Collaborative Testing Services), Handwriting Examination proficiency test in 2012.

*Further Qualifications:*
From May 2010 through May 2014, I was the Director of the International School of Forensic Document Examination; creating curriculum, choosing textbooks, creating schedules, creating fifteen proficiency tests, and overseeing student apprentice qualifications for students worldwide. I taught and mentored students worldwide, including students in the United States, New Zealand, Australia, India, and Slovakia.

*Associations:*
- Scientific Association of Forensic Examiners since August 2014.
- International Association of Document Examiners since January 2015, Charter Member, Secretary 2017-present, and Certification Chair 2017-present.
- Certification by IADE September 2015

*Presentations:*
Using Power Point to do an Overlay, March 2016
Disappearing Ink, A Case Study, September 2017
Comparison of Standards for Handwritten Items, August 2018
Cognitive Bias & Document Examination, September 2019 and November 2019
Testifying In The Aftermath of COVID, September 2020
Report Writing, September 2021

*Laboratory Equipment:*
Numerous magnifying devices including 30x, 20x, and 10x loupes, lightbox, protractor, calipers, metric measuring devices, slope protractor and letter frequency plate, handwriting letter slant and comparison plate, typewriter measurement plate, type angle plate, digital photography equipment, MiScope MP3 Extended Field microscope, an illuminated stereo microscope, printers, high-resolution scanners, and a copy machine.

*Library*
Numerous forensic document examination titles and other handwriting reference materials.

Exhibit B





94559-084848

brigid babb
Po box 848
Napa, CA 94559

Cunt!

Move on down
the Road + fuck
someone else's SHiT
UP. Can't understand how
U R even EMPLOYABLE. FAT CUNT

Chunk

QUESTIONED DOCUMENT - Anonymous Mail - Q1

Exhibit C

P.O. BOX 942879
SACRAMENTO   CA 94279-0588

800-400-7115

STATE OF CALIFORNIA
BOARD OF EQUALIZATION

## WINEGROWER TAX RETURN

r620192i

| BOE USE ONLY |
| --- |

**DUE ON OR BEFORE** Oct 15, 2016 for 09/07/16 - 09/30/16

2316

**[ FOID           ]**

YOUR ACCOUNT NO.

AWG Y STF   71-706415       7

**WG**

BOARD OF EQUALIZATION
SPECIAL TAXES AND FEES
P.O.BOX 942879
SACRAMENTO CA 94279-6081

LERNER PROJECT
TWO 4 STU LLC
298 S. MONTGOMERY STREET
NAPA CA 94559

RTS-WG
ASCF
2084

**READ INSTRUCTIONS
BEFORE PREPARING**

| WINEGROWER TRANSACTIONS DURING REPORTING PERIOD | | STILL WINE (Alcohol content by volume) | | C SPARKLING WINE (Gallons) |
| --- | --- | --- | --- | --- |
| | | A NOT OVER 14 PERCENT (Gallons) | B OVER 14 PERCENT (Gallons) | |
| 1. Removed from Internal Revenue bond on payment of tax | 1. | 0   No Sales | | |
| 2. Imported into California under total from BOE-269-AI | 2. | | | |
| 3. Out-of-State Winegrowers - Shipped directly to California residents under wine direct shipper permit | 3. | | | |
| 4. Total taxable transactions (add lines 1 through 3 for columns A, B, and C) | 4. | | | |
| 5. Federal tax-paid wine exported | 5. | | | |
| 6. Exported in or bulk transfers to U.S. Internal Revenue bond | 6. | | | |
| 7. Federal tax-paid wine sold for industrial use | 7. | | | |
| 8. Other exemptions (attach documentation) | 8. | | | |
| 9. Total exemptions (add lines 5 through 8 for columns A, B, and C) | 9. | | | |
| 10. Taxable transactions on which tax applies or a refund is due (subtract line 9 from line 4 for columns A, B, and C) | 10. | | | |
| 11. Rate of tax per wine gallon | 11. | $ 0.20 | $ 0.20 | $ 0.30 |
| 12. Subtotal of tax on all taxable wine gallons available (line 10 by line 11 for columns A, B, and C) | 12. | $ | $ | $ |
| 13. Amount of tax due or refund claimed (add columns A, B, and C of line 12) | 13. | | | $ 0 |
| 14. Penalty (if filed after the due date, see line 14 instructions) | 14. | | PENALTY | $ 50 00 |
| 15. INTEREST | 15. | | INTEREST | $ |
| 16. TOTAL AMOUNT DUE AND PAYABLE OR REFUND CLAIMED (add lines 13, 14, and 15) | 16. | | | $ 50 00 |

Windrydee@comcast.Net
5086859463   2/22/17

_Matt Simpson_

Make check or money order payable to State Board of Equalization.

501WG   002   WG

KNOWN/COMPARISON DOCUMENT - Matt Simpson - K1

New Vendor Form.xlsx  Open with

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## MAINTENANCE FORM FOR INVENTORY SUPPLIERS

**Action Code**  Add  X  Change  Supplier Number _____

**Supplier Name**  _Lerner Project Wines_

For office use:
Search Type _____ v
Payables  Y/N/M  Y
Receivables  Y/N
Employee  Y/N

**Telephone**  _508 685 9463_

**Fax**

**Contact Person**  _Matthew Simpson_

**Email Address**  _Matthew.Simpson @ LernerProject.Com_

**Postal Address**  _P.O. Box 7294_
_Walnut Creek CA 94598_

**Postal Code**  _94598_  ----

**Town**  _Walnut Creek_  **State**  _CA_  **Country**  _USA_

**Payment Information:**

Payment Method:
[X] Check  Payment Address (if different from Postal Address):

T [ ] Transfer  Bank Information:
Bank Name

Bank Address

ABA # (for US Suppliers)

KNOWN/COMPARISON DOCUMENT - Matt Simpson - K2

**encore glass**

Encore Glass
2925 Cordelia Road
Fairfield, CA 94534
Phone (707) 745-4444
Fax (707)748-4444

FOR OFFICE USE ONLY

ACCT NUMBER

APPROVAL AMT

SALES PERSON/CSR: _____

## APPLICATION FOR COMMERCIAL CREDIT
** REQUIRED FIELDS

**\*\*LEGAL & BUSINESS NAME:** TWO 4 STU, LLC

**\*\*BILLING ADDRESS:** PO BOX 3299 Walnut Creek, CA 94598

**\*\*PHONE NUMBER:** 925.518.6436

**\*\*DELIVERY TO:** c/o G3

**ADDRESS:** NAPA AIR PARK, CA

**\*\*PHONE NUMBER:**                    **\*\* FAX NUMBER:**

**\*\*ARE YOUR PURCHASES FROM ENCORE! EXEMPT FROM SALES TAX?** (IF YES, PLEASE COMPLETE THE RESALE CERTIFICATE PROVIDED):

**\*\* DO YOU REQUIRE PURCHASE ORDERS ON INVOICES?**

**\*\* FEDERAL TAX ID NUMBER:**

**\*\*EMAIL ADDRESS TO SEND STATUS OF CREDIT** Matthew.simpson@lernerproject.com

**\*\*ACCOUNTS PAYABLE NAME & EMAIL ADDRESS** Stu Lerner stuartjlerner@gmail.com

**\*\*CREDIT LINE DESIRED (Should reflect actual 90-day purchases)** 50,000.00   **\*\*ESTIMATED AMOUNT OF OPENING ORDER** 5,000.00

**\*\* DISTRIBUTE WINE/BEER/SPIRITS THROUGH** N/A

**\*\*FORM OF BUSINESS:** Sole Proprietorship ☐   Partnership ☐   Corporation ☒

**DATE STARTED or DATE INCORPORATED** 10/16   **STATE OF INCORPORATION** CA

**\*\*NAME of OWNERS, PARTNERS or OFFICERS**        **\*\*RESIDENTIAL ADDRESS**        **SOCIAL SECURITY NUMBER**   **\*\*PHONE**

STUART LERNER   3712 RANCHO ESTATES CT, WALNUT CREEK, CA 94598 / 569.04.5227 / 925.64... 518.

MATTHEW SIMPSON   298 S MONTGOMERY ST NAPA CA 94559 / 040.64.6048 / 5086594...

RUSSEL BEVAN   3900 MATABIZAS CREEK LANE SANTA ROSA 95404 / 552.59.3730 / 707.332.2918

### BANK REFERENCE

**\*\*NAME of BANK:** WELLS FARGO   **BRANCH** CONCORD

**ADDRESS:** 775 OAK GROVE ROAD CONCORD, CA 94518

**\*\*CHECKING ACCOUNT #:** 6239670281   **\*\* OTHER ACCOUNT #:** —

**LOAN#** N/A   **CONTACT EMAIL:** —

**BANK OFFICER or REFERENCE:** Jesse Cohen   **\*\*PHONE NUMBER:** 925.671.1502

### \*\*TOP 4 VOLUME INDUSTRY CREDIT REFERENCE

*Do not include credit references from: Landlords, Leasing Companies, Freight Carriers, Utilities, Other Glass Suppliers, and Accounts Prepaid or COD*

1 VENDOR NAME: BEVAN CELLARS   PHONE & FAX NUMBER: 707 235 3062
CONTACT NAME: VICTORIA DECRESENZO   CONTACT EMAIL: victoria@bevancellars.com

2 VENDOR NAME: BUTCH CAMERON   PHONE & FAX NUMBER: 707 546 0146 / 707 5462247
CONTACT NAME:    CONTACT EMAIL:

3 VENDOR NAME: BRASSWOOD   PHONE & FAX NUMBER: 707.968 5583 xt 305
CONTACT NAME: ☒ CAITLAN PHILLIPS   CONTACT EMAIL: Caitlin@brasswood.com

4 VENDOR NAME: TENCH ENTERPRISES   PHONE & FAX NUMBER: 646.660.4200
CONTACT NAME: REMWOLF REIGERSMAN   CONTACT EMAIL: REW@TENCHVINEYARDS.COM

**Date:** MARCH 7 2018

**\*SIGNATURE**

SIGNED CUSTOMER REPRESENTS AND WARRANTS THE ABOVE INFORMATION AND ANY ADDITIONAL INFORMATION IS TRUE AND CORRECT. CUSTOMER AUTHORIZES THE RELEASE OF INFORMATION REGARDING CREDIT AND/OR RATINGS TO ENCORE! WHO INDEMNIFY AND HOLD HARMLESS ENCORE! FROM ANY AND ALL LIABILITY CONNECTED WITH SUCH CONTACT OR INQUIRY.

### ~PLEASE READ AND SIGN THE TERMS AND CONDITIONS ON PAGE 2~

EDC540

REVISION DATE: 01/2020 COMPARISON DOCUMENT REV Matt Simpson - K3



# Golden State
## Box Factory
*"Quality Wood Products Since 1909"*

**2155 Paseo de Las Americas Ste. 31**
**San Diego, CA 92154**

**Phone: (619) 429-9596**
**Fax: (619) 429-9597**

Customer Name :

Bank Reference:
Name ___Wills Fargo___
Address ___775 oak Grove Rd___
City ___Concord___
Phone ___925 671 1502___ Fax _____
Account # ___673 967 0281___

Business References:
Name ___Bevan Cellors___          Name ___Brasswood___
Address ___3400 Monzaros Crak Ln___   Address ___St Helena Hwy___
City ___Santa Rosa___              City ___St. Helena___
Phone ___7075420123___ Fax _____  Phone ___7079485585___ Fax _____
Account # _____                   Account # _____

Name ___Tench Entrpvises___        Name ___little Gem___
Address ___7631 Silverado trail___  Address ___748 S. Montgarvry___
City ___Napa___                    City ___Napa___
Phone ___646660 4200___ Fax _____ Phone ___7072942482___ Fax _____
Account # _____                   Account # _____

Requested Line of Credit: $_____

The undersigned certifies the above information to be true.  The undersigned consents to the obtaining of credit information by Golden State Box Factory as may be required at any time in connection with the credit hereby applied for or any renewal or extension thereof and to the disclosure of any credit information concerning the undersigned to any credit reporting agency or to any person with whom the undersigned has or proposes to have financial relations.

___Lerner Project___          ___Matt Simpson___ (signature)
Legal Trade Name/ Company Name        Authorized Signing Officer

                              ___Matthew Simpson   proprietor___
                              Please Print Name & Title

KNOWN/COMPARISON DOCUMENT - Matt Simpson - K4

- 3 -

## 2. GRAPE CRUSH AND GRAPE ACREAGE ASSESSMENTS

### a) Over 100 Tons Received:

Enter the total tons of all grapes received for crushing during the period July 1, 2018 through December 15, 2018. Include any grapes produced by this firm.

Total Tons Received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [          ]

Grape Crush and Grape Acreage Total Assessment . . . . . . . . . . *(Total Tons x $0.10)*   [ $          . ]   **+**

* Assessment funds are distributed to the surveys as follows: Grape Crush is $0.06 per ton, while Grape Acreage is $0.04 per ton.

### b) 100 Tons or Less Received:

No assessment for either the Grape Crush or Grape Acreage Survey is made on wineries or processors crushing 100 tons or less. Even though no assessment is paid, you must file a Grape Crush and Purchase Inquiry Report by January 10, 2019.

Enter the total tons received for crushing during the period July 1, 2018 through December 15, 2018. Include any grapes produced by this firm. If you had no crush, write "0.0" in the space provided.

Total Tons Received . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   60.26

## 3. Do you want the Final Grape Crush Report mailed to you?

Number of copies requested . . . . . . . . . . . . . . [ 1 ]   x $15.00 per copy =   [ $ 15 . ]   **+**

## 4. TOTAL AMOUNT DUE:

Remit one check . . . . . . . . . . . . . *(Add Total Assessments items 1c and 2a, plus item 3)*   [ $ 652⁵⁴ . ]   **=**

## 5. LATE CRUSH TONS RECEIVED:

Have you or will you receive any grapes for crushing after December 15, 2018? Include vineyard strippings and cold storage. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   [   ] YES   [X] NO

If yes, another assessment report will be sent to cover the period December 16, 2018 through June 30, 2019.

I hereby certify that the above is true and correct to the best of my knowledge and belief. I understand that the records from which this report was compiled are subject to audit by the California Department of Food and Agriculture.

Date: _____

Signature of person authorized to certify this report _____

Phone: (      ) _____

Please print or type name and title _____

**NOTE:**   One copy of this report (along with the assessment payment for all grapes received for crushing from July 1, 2018 through December 15, 2018) must be received in the Department on or before **January 10, 2019.**

KNOWN/COMPARISON DOCUMENT - Matt Simpson - K5

– 2 –

**1.   PIERCE'S DISEASE ASSESSMENT**   *(To be paid on ALL GRAPE TONNAGE -- see instructions on back.)*

   **a)  Purchased Grapes:**

   Total Value . . . . . *(Tons Purchased x Purchase Price for Each Variety)*   $ **384,852** <sup>oo</sup>

   Assessment Subtotal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *(Total Value x $0.0015)*   $  **577 28**

   **b)  Grapes Not Purchased:**

| (1) District | (2) Variety | (3) Tons Crushed (2018 Crop) | (4) Prev. Year's Value (See enclosed Table 10 of the "Errata to the Final Grape Crush Report, 2017") | (5) Total Value (Column 3 x Column 4) | (6) Assessment (Column 5 x $0.0015) |
|---|---|---|---|---|---|
| | | | **EXAMPLES:** | | |
| 1 | Chardonnay | 125.0 | 1,335.24 | 166,905 | 250.36 |
| 11 | Zinfandel | 210.0 | 649.79 | 136,456 | 204.68 |
| | Subtotal...... | | | 303,361 | 455.04 |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |
| | | | | | . |

ssessment Subtotal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ **577 . 28**

   **c)  Pierce's Disease Total Assessment** . . . . . . . . . . . . . .   *(Add subtotals for Items a and b)*   $ **577 . 28** +

KNOWN/COMPARISON DOCUMENT - Matt Simpson - K6

Exhibit D

**Beth Chrisman**

**Certified Forensic Document Examiner**
**444 W. Ocean Blvd Suite 800**
**Long Beach CA 90802**
**Phone: 310-910-3993   Fax: 310-861-1614**
**beth@handwritingexpertcalifornia.com**
**www.HandwritingExpertCalifornia.com**

---

*OPINION LEVELS FOR EXPRESSING CONCLUSIONS*

Since the observations made by the examiner relate to the product of the human behavior there are a large number of variables that could contribute to limiting the examiner's ability to express an opinion confidently.  These factors include the amount, degree of variability, complexity and contemporaneity of the questioned and/or specimen writings.  To allow for these limitations a scale is used which has four levels on either side of an inconclusive result. These levels are:

- Identification / Elimination

May be expressed as 'The writer of the known documents wrote / did not write the questioned writing.'  This opinion is used when the examiner denotes no doubt in their opinion; this is the highest degree of confidence expressed by a document examiner.

- Strong Probability

May be expressed as 'There is a strong probability the writer of the known documents wrote / did not write the questioned writing.'  This opinion is used when the evidence is very persuasive, yet some critical feature or quality is missing; however, the examiner is virtually certain in their opinion.

- Probable

May be expressed as 'It is probable the writer of the known documents wrote / did not write the questioned writing.'  This opinion is used when the evidence points strongly toward / against the known writer; however, the evidence falls short of the virtually certain degree of confidence.

- Evidence to Suggest

May be expressed as 'there is evidence to suggest the writer of the known documents wrote / did not write the questioned writing.'  This opinion is used when there is an identifiable limitation on the comparison process.  The evidence may have few features which are of significance for handwriting comparisons purposes, but those features are in agreement with another body of writing.

- Inconclusive

May be expressed as 'no conclusion could be reached as to whether the writer of the known documents wrote / did not write the questioned writing.'  This is the zero point of the confidence scale.  It is used when there are significantly limiting factors, such as disguise in the questioned and/or known writing or a lack of comparable writing and the examiner does not have even a leaning one way or another.

Exhibit E

brigid babb

Po box 848

Napa, CA 94559

Cunt!

Move on down

the Road + fuck

Someone else's SHIT

UP. Can't understand how

U R even EMPLOYABLE. FAT CUNT

CHUNK

# COMPARISON HANDWRITING – K1



Matt Simpson

or money order payable to State Board of Equalization.

Windryde@ comcust.Net
5086859463   2/22/17
501WG   002   WG

NOT OVER 14 PERCENT     OVER 14 PER
(Gallons)     (Gallons

No Sales

# COMPARISON HANDWRITING – K2

Lerner Project Wines

508 685 9463

Matthew Simpson
Matthew.Simpson @ LernerProject.Com
P.O. BOX 7299
Walnut Creek CA 94598

94598

Walnut Creek   State   CA   Country   USA

**REQUIRED FIELDS**

TWO 4 STU, LLC

PO BOX 3299 Walnut Creek, CA 94598

925.518.6436

c/o G3

NAPA AIR PARK, CA

Matthew.simpson@lernerproject.com

Stu Lerner    stuartjlerner@gmail.com

chases) 50,000.00    **ESTIMATED AMOUNT OF OPENING ORDER 5,000.00

N/A

| **NAME of OWNERS, PARTNERS or OFFICERS | **RESIDENTIAL ADDRESS | SOCIAL SECURITY NUMBER | **PHONE |
|---|---|---|---|
| STUART LERNER | 3712 RANCHO ESTATES CT, WALNUT CREEK CA 94597 | 569.04.5227 | 925.518.64 |
| MATTHEW SIMPSON | 298 S MONTGOMERY ST NAPA CA 94559 | 540.64.6048 | 50.6854 |
| RUSSEL BEVAN | 3900 MATABIZAS CREEK LANE SANTA ROSA 95404 | 552.59.3730 | 707332 2918 |

BANK REFERENCE

NAME of BANK: WELLS FARGO    BRANCH CONCORD

DDRESS: 775 OAK BRAE ROAD CONCORD, CA 94518

CHECKING CCOUNT #: 6239167 2281    ** OTHER ACCOUNT #: —

AN# N/A

NK OFFICER or FERENCE: Jesse Cohen    CONTACT EMAIL: —

**PHONE NUMBER 925.671.1502

| | PHONE & FAX NUMBER: | 707 235 3062 |
|---|---|---|
| E: BEVAN CELLARS | | |
| ME: VICTORIA DECRESENZO | CONTACT EMAIL: | Victoria@bevancellars.com |
| E: BUTCH CAMERON | PHONE & FAX NUMBER: | 707 546 0146 / 707 5462247 |
| ME: | CONTACT EMAIL: | |
| E: BRASSWOOD | PHONE & FAX NUMBER: | 707.968 5583 xt 305 |
| E: ☒ CAITLAN PHILLIPS | CONTACT EMAIL: | Caitlin@brasswood.com |
| E: TENCH ENTERPRISES | PHONE & FAX NUMBER: | 646.660.4200 |
| E: RENNELT REIGERSMAN | CONTACT EMAIL: | REM@TENCHVINEYARDS.COM |

Date: MARCH 7 2018

# COMPARISON HANDWRITING – K4



**Bank Reference:**
Name Wells Fargo
Address 775 oak Grove Rd
City Concord
Phone 925 671 1502   Fax
Account # 623 967 0281

**Business References:**
Name Bevon Cellors
Address 3400 Mondavos Creek Ln
City Santa Rosa
Phone 7075420123 Fax
Account #

Name Brasswood
Address St Helena Hwy
City St. Helena
Phone 7079685585   Fax
Account #

Name Tench Enterprises
Address 7431 Silverado trail
City Napa
Phone 6466604200   Fax
Account #

Name little Gem
Address 748 S. Montgovery
City Napa
Phone 7072947482   Fax
Account #

...to the disclosure of any credit information concerning the...
undersigned has or proposes to have financial relations.

Lerner Project
gal Trade Name/ Company Name

Authorized Signing Officer

Matthew Simpson proprietor
Please Print Name & Title

# COMPARISON HANDWRITING – K5 & K6

60.26

y = $ 15 .

652 54 .

$ 384,852

(Total Value x $0.0015)  $ 577 28

$ 577 . 28

$ 577 · 28