1 | **CALLAHAN & BLAINE, APLC**
Michael J. Sachs (SBN 134468)
2 | mjs@callahan-law.com
John D. Van Ackeren (SBN 240793)
3 | Jvanackeren@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
4 | Santa Ana, California 92707
Telephone: (714) 241-4444
5 | Facsimile: (714) 241-4445

6 | Attorneys for Defendants TWO 4 STU, LLC
and STUART JAY LERNER
7

8

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**
11

12

13 | HUNDRED ACRE WINE GROUP
INC., a Delaware Corporation,

CASE NO.: 3:22-CV-07305-jd

14 | Plaintiff,

Judge: James Donato

15 | v.

**COMPENDIUM OF EXHIBITS IN
SUPPORT OF DEFENDANTS TWO
4 STU, LLC AND STUART
LERNER'S OPPOSITION TO
PLAINTIFF HUNDRED ACRE
WINE GROUP, INC.'S MOTION
FOR TEMPORARY RESTRAINING
ORDER AND PRELIMINARY
INJUNCTION**

16 | TWO 4 STU, LLC, a California limited
liability company dba LERNER
17 | PROJECT; STUART JAY LERNER,
an individual; VINE VAULT LLC, a
18 | Georgia limited liability company; and
ELTON POTTS, an individual,
19
20 | Defendants.

21

22 | Hearing Date: February 2, 2023
Hearing Time: 10:00 a.m.
23 | Courtroom: 11

24

25 | Complaint Filed: November 18, 2022
Trial Date: None Set

26

27

28

- 1 -

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE (714) 241-4444
WWW.CALLAHAN-LAW.COM

Defendants Two 4 Stu, LLC dba Lerner Project and Stuart Lerner hereby submit the following Exhibits in support of their Opposition to Plaintiff Hundred Acre Wine Group, Inc.'s Motion for Temporary Restraining Order and Preliminary Injunction:

| EXHIBIT | DESCRIPTION |
| --- | --- |
| A | 11 Emails from Vine Vault re: Guest Lists (sans attachments) |
| B | Letter from Matthew Simpson to Stuart Lerner dated June 19, 2020 |
| C | Release Agreement dated July 24, 2020 |
| D | Membership Purchase Agreement dated July 24, 2020 |
| E | Assignment of Membership dated July 28, 2020 |
| F | Handwritten Note |
| G | Samples of Matthew Simpson's Handwriting |

Dated:  January 6, 2023

**CALLAHAN & BLAINE, APLC**

By: _____
Michael J. Sachs
John D. Van Ackeren
Attorneys for Defendants TWO 4 STU,
LLC and STUART JAY LERNER

CALLAHAN & BLAINE
A PROFESSIONAL LAW CORPORATION
3 HUTTON CENTRE DRIVE, NINTH FLOOR
SANTA ANA, CALIFORNIA 92707
TELEPHONE: (714) 241-4444
WWW.CALLAHAN-LAW.COM

# Exhibit A

**From:** Elton Potts <elton.potts@vinevault.com>
**Sent:** Wednesday, October 31, 2018 7:44 AM
**To:** Matthew Simpson <matthew.simpson@lernerproject.com>
**Cc:** stu.lerner@lernerproject.com
**Subject:** List

Hi Matt,

Here are some folks that are good candidates for the tasting and your wines.

Cheers,

Elton

**From:** Elton Potts <elton.potts@vinevault.com>
**Sent:** Monday, January 13, 2020 10:55 AM
**To:** Yianni Stoner <yianni@spottswoode.com>
**Cc:** Jason Moore <jason@moduswines.com>; Brian Ball <brian@skipstoneranch.com>; Kristin Pavlovic <kristin@gamblefamilyvineyards.com>; Alycia Mondavi <alyciamondavi@gmail.com>; Stu Lerner <stu.lerner@lernerproject.com>; Matthew Simpson <matthew.simpson@lernerproject.com>; Deb Lecours <deb@moduswines.com>; Jessica Rose <jessica@seaveyvineyard.com>; Julio@seaveyvineyard.com; Michael McMillan <michael@sevenstoneswinery.com>; Patricia Smith <patricia@skipstoneranch.com>; Erica <erica@spottswoode.com>; Emily Steen <emily@williamcolevineyards.com>; Malon Lemoins <Malon.lemoins@vinevault.com>; Jason Heintz <jasonh@skipstoneranch.com>; Kevin Vecchiarelli <kevin@constantwine.com>; Yianni Stoner <yianni@spottswoode.com>; William Dammann <william@viningsgallery.com>; Gary Handler <gary@viningsgallery.com>; Charlie Sanders <charlie.sanders@vinevault.com>
**Subject:** Re: Invitation Links for Texas Events

Hi Everyone,

Momentum is growing for our awesome events this week!

1

We have about 460 guests signed up so far.  Roughly 400 are attached here.  We will continue to update.

We know we will have some walk ups, and Jason Moore should have some more for us as well.

The Vine Vault team is delighted to welcome y'all to Texas.

Please feel free to sign up some more guests to come enjoy all of your awesome wine.

Cheers,


**Elton Potts**
**Managing Partner**
vinevault.com
elton.potts@vinevault.com
**+1.407.924.6377**
*Wine Storage*
*Refrigerated Wine Delivery*
*Wine Cellar Relocation*
*Unique Events*
*Boxes*

**From:** Elton Potts <elton.potts@vinevault.com>
**Sent:** Thursday, February 6, 2020 1:20 PM
**To:** Jason Moore <jason@moduswines.com>
**Cc:** Erica Wallenbrock <erica@spottswoode.com>; Kristin Pavlovic <kristin@gamblefamilyvineyards.com>; Alycia Mondavi <alyciamondavi@gmail.com>; Yianni Stoner <yianni@spottswoode.com>; Brian Ball <brian@skipstoneranch.com>; Stu Lerner <stu.lerner@lernerproject.com>; Matthew Simpson <matthew.simpson@lernerproject.com>; Deb Lecours <deb@moduswines.com>; Jessica Rose <jessica@seaveyvineyard.com>; Julio@seaveyvineyard.com; Michael McMillan <michael@sevenstoneswinery.com>; Patricia Smith <patricia@skipstoneranch.com>; Emily Steen <emily@williamcolevineyards.com>; Malon Lemoins <Malon.lemoins@vinevault.com>; Jason Heintz <jasonh@skipstoneranch.com>; Kevin Vecchiarelli <kevin@constantwine.com>; William Dammann <william@viningsgallery.com>; Gary Handler <gary@viningsgallery.com>; Charlie Sanders <charlie.sanders@vinevault.com>; Karen Lerner <karen.lerner@lernerproject.com>; cole@williamcolevineyards.com; Samantha Hege <samantha@spottswoode.com>; Molly Sheppard <molly@spottswoode.com>; Kate <kate@vinevault.com>; Caitlyn McCormick <caitlyn@moduswines.com>
**Subject:** Re: Final Dates and Addresses in GA and FL

Hi Everyone,

1

I wanted to share with you the final guest list from Texas with email addresses.

We did not capture a few emails, but all in all this should help your mailing list!

Cheers,

**Elton Potts**
**Managing Partner**
vinevault.com
elton.potts@vinevault.com
**+1.407.924.6377**
*Wine Storage*
*Refrigerated Wine Delivery*
*Wine Cellar Relocation*
*Unique Events*
*Boxes*

**From:** Elton Potts <elton.potts@vinevault.com>
**Sent:** Monday, February 17, 2020 12:52 PM
**To:** Alycia Mondavi <alyciamondavi@gmail.com>
**Cc:** Jason Moore <jason@moduswines.com>; Erica Wallenbrock <erica@spottswoode.com>; Kristin Pavlovic <kristin@gamblefamilyvineyards.com>; Yianni Stoner <yianni@spottswoode.com>; Brian Ball <brian@skipstoneranch.com>; Stu Lerner <stu.lerner@lernerproject.com>; Matthew Simpson <matthew.simpson@lernerproject.com>; Deb Lecours <deb@moduswines.com>; Jessica Rose <jessica@seaveyvineyard.com>; Julio@seaveyvineyard.com; Michael McMillan <michael@sevenstoneswinery.com>; Patricia Smith <patricia@skipstoneranch.com>; Emily Steen <emily@williamcolevineyards.com>; Malon Lemoins <Malon.lemoins@vinevault.com>; Jason Heintz <jasonh@skipstoneranch.com>; Kevin Vecchiarelli <kevin@constantwine.com>; William Dammann <william@viningsgallery.com>; Gary Handler <gary@viningsgallery.com>; Charlie Sanders <charlie.sanders@vinevault.com>; Karen Lerner <karen.lerner@lernerproject.com>; cole@williamcolevineyards.com; Samantha Hege <samantha@spottswoode.com>; Molly Sheppard <molly@spottswoode.com>; Kate <kate@vinevault.com>; Caitlyn McCormick <caitlyn@moduswines.com>; Ashley Brandner <ashley@GambleFamilyVineyards.com>; Melissa Bandel <Melissa@GambleFamilyVineyards.com>
**Subject:** Updated Guest List

1

Happy President's Day!

Please find attached the updated guest list for our upcoming events.  We have added ~160 guests since my last update on the 8th.  We are at 340 guests, with capacity to add at least 700 more, which translates to more sales.

Here is the breakdown by city:

| | | |
|---|---|---|
| Atlanta - | | 120 |
| Jacksonville - | 20 | |
| Orlando - | | 36 |
| Tampa - | | 62 |
| Naples - | | 42 |
| Miami - | | 44 |
| West Palm Beach - | 17 | |
| Total - | | 341 |

Thanks to all the wineries sending out invitations.  Special thanks to Alycia Mondavi and Seavey, who currently have the most responses of the wineries to the question of how the guest heard about the event.  And Vine Vault continues to have the most mentions with over 100.

We need some work in Florida, especially with Jacksonville, Miami, and West Palm Beach.  We have just launched a Facebook campaign in all the Florida cities that has reached over 1,300 people in less than 24 hours.  This will run up until the day of each event.

We are 10 days from the Atlanta event, and we are looking forward to seeing everyone again for the great weather and great sales in Florida.  I will plan to do another update next Monday.

Cheers,

**Elton Potts**
**Managing Partner**
vinevault.com
elton.potts@vinevault.com
**+1.407.924.6377**
*Wine Storage*
*Refrigerated Wine Delivery*
*Wine Cellar Relocation*
*Unique Events*
*Boxes*

**From:** Elton Potts <elton.potts@vinevault.com>
**Sent:** Monday, February 24, 2020 1:37 AM
**To:** Alycia Mondavi <alyciamondavi@gmail.com>
**Cc:** Jason Moore <jason@moduswines.com>; Erica Wallenbrock <erica@spottswoode.com>; Kristin Pavlovic <kristin@gamblefamilyvineyards.com>; Yianni Stoner <yianni@spottswoode.com>; Brian Ball <brian@skipstoneranch.com>; Stu Lerner <stu.lerner@lernerproject.com>; Matthew Simpson <matthew.simpson@lernerproject.com>; Deb Lecours <deb@moduswines.com>; Jessica Rose <jessica@seaveyvineyard.com>, Julio@seaveyvineyard.com>; Michael McMillan <michael@sevenstoneswinery.com>; Patricia Smith <patricia@skipstoneranch.com>; Emily Steen <emily@williamcolevineyards.com>; Malon Lemoins <Malon.lemoins@vinevault.com>; Jason Heintz <jasonh@skipstoneranch.com>; Kevin Vecchiarelli <kevin@constantwine.com>; William Dammann <william@viningsgallery.com>; Gary Handler <gary@viningsgallery.com>; Charlie Sanders <charlie.sanders@vinevault.com>; Karen Lerner <karen.lerner@lernerproject.com>; cole@williamcolevineyards.com; Samantha Hege <samantha@spottswoode.com>; Molly Sheppard <molly@spottswoode.com>; Kate <kate@vinevault.com>; Caitlyn McCormick <caitlyn@moduswines.com>; Ashley Brandner <ashley@GambleFamilyVineyards.com>; Melissa Bandel <Melissa@GambleFamilyVineyards.com>
**Subject:** Re: Updated Guest List

1

Good morning everyone!

I hope you are getting your bag packed for a great set of events to meet some people that love wine!  We look forward to seeing you at 5:30PM on Thursday at 764 Miami Circle NE, Suite 150, Atlanta, GA, 30324.

Please find attached the updated guest list for our upcoming events.  We have added ~70 more guests in the last week.  We still have more for at least 600 more guests, which means more sales.

Here is a breakdown by city:

| City | | |
|---|---|---|
| Atlanta - | | 133 |
| Jacksonville - | 39 | |
| Orlando - | | 41 |
| Tampa - | | 68 |
| Naples - | | 50 |
| Miami - | | 61 |
| West Palm Beach - | 19 | |
| Total - | | 411 |

Special thanks this week to Lerner Project, Seven Stones, and Spottswoode.  They have really increased their sign ups over last week.

We really need to focus on West Palm Beach, Jacksonville, and Orlando.  At this point, there will be more people in West Palm Beach hosting the event than there will be attending it.  And Miami is a huge opportunity.

Our advertising campaign has reached 7,500 people.

Thanks for all you are doing, We look forward to a successful trip.

Cheers,

**Elton Potts**
**Managing Partner**
vinevault.com
elton.potts@vinevault.com
**+1.407.924.6377**
*Wine Storage*
*Refrigerated Wine Delivery*
*Wine Cellar Relocation*
*Unique Events*
*Boxes*

**From:** Elton Potts <elton.potts@vinevault.com>
**Sent:** Thursday, February 27, 2020 1:25 PM
**To:** Melissa Bandel <Melissa@GambleFamilyVineyards.com>
**Cc:** Jason Moore <jason@moduswines.com>; Erica Wallenbrock <erica@spottswoode.com>; Kristin Pavlovic <kristin@GambleFamilyVineyards.com>; Yianni Stoner <yianni@spottswoode.com>; Brian Ball <brian@skipstoneranch.com>; Stu Lerner <stu.lerner@lernerproject.com>; Matthew Simpson <matthew.simpson@lernerproject.com>; Deb Lecours <deb@moduswines.com>; Jessica Rose <jessica@seaveyvineyard.com>; Julio@seaveyvineyard.com; Michael McMillan <michael@sevenstoneswinery.com>; Patricia Smith <patricia@skipstoneranch.com>; Emily Steen <emily@williamcolevineyards.com>; Malon Lemoins <Malon.lemoins@vinevault.com>; Jason Heintz <jasonh@skipstoneranch.com>; Kevin Vecchiarelli <kevin@constantwine.com>; William Dammann <william@viningsgallery.com>; Gary Handler <gary@viningsgallery.com>; Charlie Sanders <charlie.sanders@vinevault.com>; Karen Lerner <karen.lerner@lernerproject.com>; cole@williamcolevineyards.com; Samantha Hege <samantha@spottswoode.com>; Molly Sheppard <molly@spottswoode.com>; Kate <kate@vinevault.com>; Caitlyn McCormick <caitlyn@moduswines.com>; Ashley Brandner <ashley@GambleFamilyVineyards.com>; Alycia Mondavi <alyciamondavi@gmail.com>
**Subject:** Re: Updated Guest List

1

Hi Everyone,

Here is the guest list for tonight as of right now.

Cheers,

**Elton Potts**
**Managing Partner**
vinevault.com
elton.potts@vinevault.com
**+1.407.924.6377**
*Wine Storage*
*Refrigerated Wine Delivery*
*Wine Cellar Relocation*
*Unique Events*
*Boxes*

**From:** Elton Potts <elton.potts@vinevault.com>
**Sent:** Friday, February 28, 2020 8:37 AM
**To:** Melissa Bandel <Melissa@GambleFamilyVineyards.com>
**Cc:** Jason Moore <jason@moduswines.com>; Erica Wallenbrock <erica@spottswoode.com>; Kristin Pavlovic <kristin@GambleFamilyVineyards.com>; Yianni Stoner <yianni@spottswoode.com>; Brian Ball <brian@skipstoneranch.com>; Stu Lerner <stu.lerner@lernerproject.com>; Matthew Simpson <matthew.simpson@lernerproject.com>; Deb Lecours <deb@moduswines.com>; Jessica Rose <jessica@seaveyvineyard.com>; Julio@seaveyvineyard.com; Michael McMillan <michael@sevenstoneswinery.com>; Patricia Smith <patricia@skipstoneranch.com>; Emily Steen <emily@williamcolevineyards.com>; Malon Lemoins <Malon.lemoins@vinevault.com>; Jason Heintz <jasonh@skipstoneranch.com>; Kevin Vecchiarelli <kevin@constantwine.com>; William Dammann <william@viningsgallery.com>; Gary Handler <gary@viningsgallery.com>; Charlie Sanders <charlie.sanders@vinevault.com>; Karen Lerner <karen.lerner@lernerproject.com>; cole@williamcolevineyards.com; Samantha Hege <samantha@spottswoode.com>; Molly Sheppard <molly@spottswoode.com>; Kate <kate@vinevault.com>; Caitlyn McCormick <caitlyn@moduswines.com>; Ashley Brandner <ashley@GambleFamilyVineyards.com>; Alycia Mondavi <alyciamondavi@gmail.com>
**Subject:** Re: Updated Guest List

Hello Everyone,

Our guests in Atlanta had a terrific time last night.

Attached is the guest list for tonight in Jacksonville.

If you are driving, be mindful of police on I-75.  William Dammann shared with me that he had already seen 15 police cars during his drive.

See you at 5:30PM!

**Elton Potts**
**Managing Partner**
vinevault.com
elton.potts@vinevault.com
**+1.407.924.6377**
*Wine Storage*
*Refrigerated Wine Delivery*
*Wine Cellar Relocation*
*Unique Events*
*Boxes*

**From:** Elton Potts <elton.potts@vinevault.com>
**Sent:** Sunday, March 1, 2020 12:47 PM
**To:** Melissa Bandel <Melissa@GambleFamilyVineyards.com>
**Cc:** Jason Moore <jason@moduswines.com>; Erica Wallenbrock <erica@spottswoode.com>; Kristin Pavlovic <kristin@GambleFamilyVineyards.com>; Yianni Stoner <yianni@spottswoode.com>; Brian Ball <brian@skipstoneranch.com>; Stu Lerner <stu.lerner@lernerproject.com>; Matthew Simpson <matthew.simpson@lernerproject.com>; Deb Lecours <deb@moduswines.com>; Jessica Rose <jessica@seaveyvineyard.com; Julio@seaveyvineyard.com; Michael McMillan <michael@sevenstoneswinery.com>; Patricia Smith <patricia@skipstoneranch.com>; Emily Steen <emily@williamcolevineyards.com>; Malon Lemoins <Malon.lemoins@vinevault.com>; Jason Heintz <jasonh@skipstoneranch.com>; Kevin Vecchiarelli <kevin@constantwine.com>; William Dammann <william@viningsgallery.com>; Gary Handler <gary@viningsgallery.com>; Charlie Sanders <charlie.sanders@vinevault.com>; Karen Lerner <karen.lerner@lernerproject.com>; cole@williamcolevineyards.com; Samantha Hege <samantha@spottswoode.com>; Molly Sheppard <molly@spottswoode.com>; Kate <kate@vinevault.com>; Caitlyn McCormick <caitlyn@moduswines.com>; Ashley Brandner <ashley@GambleFamilyVineyards.com>; Alycia Mondavi <alyciamondavi@gmail.com>
**Subject:** Re: Updated Guest List

My apologies.  Here you go.

Cheers,

**Elton Potts**
**Managing Partner**
vinevault.com
elton.potts@vinevault.com
**+1.407.924.6377**
*Wine Storage*
*Refrigerated Wine Delivery*
*Wine Cellar Relocation*
*Unique Events*
*Boxes*

**From:** Elton Potts <elton.potts@vinevault.com>
**Sent:** Monday, March 2, 2020 4:10 AM
**To:** Melissa Bandel <Melissa@GambleFamilyVineyards.com>
**Cc:** Jason Moore <jason@moduswines.com>; Erica Wallenbrock <erica@spottswoode.com>; Kristin Pavlovic <kristin@GambleFamilyVineyards.com>; Yianni Stoner <yianni@spottswoode.com>; Brian Ball <brian@skipstoneranch.com>; Stu Lerner <stu.lerner@lernerproject.com>; Matthew Simpson <matthew.simpson@lernerproject.com>; Deb Lecours <deb@moduswines.com>; Jessica Rose <jessica@seaveyvineyard.com; Julio@seaveyvineyard.com; Michael McMillan <michael@sevenstoneswinery.com>; Patricia Smith <patricia@skipstoneranch.com>; Emily Steen <emily@williamcolevineyards.com>; Malon Lemoins <Malon.lemoins@vinevault.com>; Jason Heintz <jasonh@skipstoneranch.com>; Kevin Vecchiarelli <kevin@constantwine.com>; William Dammann <william@viningsgallery.com>; Gary Handler <gary@viningsgallery.com>; Charlie Sanders <charlie.sanders@vinevault.com>; Karen Lerner <karen.lerner@lernerproject.com>; cole@williamcolevineyards.com>; Samantha Hege <samantha@spottswoode.com>; Molly Sheppard <molly@spottswoode.com>; Kate <kate@vinevault.com>; Caitlyn McCormick <caitlyn@moduswines.com>; Ashley Brandner <ashley@GambleFamilyVineyards.com>; Alycia Mondavi <alyciamondavi@gmail.com>
**Subject:** Re: Updated Guest List

Happy Tampa!

Here is the guest list for tonight's event.  We are looking forward to another evening of delighting our guests, although with a meager 78 guests.

There is still time to sign up more guests for our remaining four events.  We had 3 guests sign up yesterday.

All of the feedback from our guests has been very positive.  Let's encourage more qualified wine buyers to attend.

Cheers,

**Elton Potts**
**Managing Partner**
vinevault.com
elton.potts@vinevault.com
**+1.407.924.6377**
*Wine Storage*
*Refrigerated Wine Delivery*
*Wine Cellar Relocation*
*Unique Events*
*Boxes*

**From:** Elton Potts <elton.potts@vinevault.com>
**Sent:** Tuesday, March 3, 2020 4:26 AM
**To:** Melissa Bandel <Melissa@GambleFamilyVineyards.com>
**Cc:** Jason Moore <jason@moduswines.com>; Erica Wallenbrock <erica@spottswoode.com>; Kristin Pavlovic <kristin@GambleFamilyVineyards.com>; Yianni Stoner <yianni@spottswoode.com>; Brian Ball <brian@skipstoneranch.com>; Stu Lerner <stu.lerner@lernerproject.com>; Matthew Simpson <matthew.simpson@lernerproject.com>; Deb Lecours <deb@moduswines.com>; Jessica Rose <jessica@seaveyvineyard.com>; Julio@seaveyvineyard.com; Michael McMillan <michael@sevenstoneswinery.com>; Patricia Smith <patricia@skipstoneranch.com>; Emily Steen <emily@williamcolevineyards.com>; Malon Lemoins <Malon.lemoins@vinevault.com>; Jason Heintz <jasonh@skipstoneranch.com>; Kevin Vecchiarelli <kevin@constantwine.com>; William Dammann <william@viningsgallery.com>; Gary Handler <gary@viningsgallery.com>; Charlie Sanders <charlie.sanders@vinevault.com>; Karen Lerner <karen.lerner@lernerproject.com>; cole@williamcolevineyards.com; Samantha Hege <samantha@spottswoode.com>; Molly Sheppard <molly@spottswoode.com>; Kate <kate@vinevault.com>; Caitlyn McCormick <caitlyn@moduswines.com>; Ashley Brandner <ashley@GambleFamilyVineyards.com>; Alycia Mondavi <alyciamondavi@gmail.com>
**Subject:** Re: Updated Guest List

1

Good morning all!

Let's go to Naples!  We have 70 guests signed up as per the attachment.

We still have plenty of room if you can sign up more of your mailing list.

Cheers,


**Elton Potts**
**Managing Partner**
vinevault.com
elton.potts@vinevault.com
**+1.407.924.6377**
*Wine Storage*
*Refrigerated Wine Delivery*
*Wine Cellar Relocation*
*Unique Events*
*Boxes*

**From:** Elton Potts <elton.potts@vinevault.com>
**Sent:** Wednesday, March 4, 2020 2:27 AM
**To:** Melissa Bandel <Melissa@GambleFamilyVineyards.com>
**Cc:** Jason Moore <jason@moduswines.com>; Erica Wallenbrock <erica@spottswoode.com>; Kristin Pavlovic <kristin@GambleFamilyVineyards.com>; Yianni Stoner <yianni@spottswoode.com>; Brian Ball <brian@skipstoneranch.com>; Stu Lerner <stu.lerner@lernerproject.com>; Matthew Simpson <matthew.simpson@lernerproject.com>; Deb Lecours <deb@moduswines.com>; Jessica Rose <jessica@seaveyvineyard.com>; Julio@seaveyvineyard.com; Michael McMillan <michael@sevenstoneswinery.com>; Patricia Smith <patricia@skipstoneranch.com>; Emily Steen <emily@williamcolevineyards.com>; Malon Lemoins <Malon.lemoins@vinevault.com>; Jason Heintz <jasonh@skipstoneranch.com>; Kevin Vecchiarelli <kevin@constantwine.com>; William Dammann <william@viningsgallery.com>; Gary Handler <gary@viningsgallery.com>; Charlie Sanders <charlie.sanders@vinevault.com>; Karen Lerner <karen.lerner@lernerproject.com>; cole@williamcolevineyards.com; Samantha Hege <samantha@spottswoode.com>; Molly Sheppard <molly@spottswoode.com>; Kate <kate@vinevault.com>; Caitlyn McCormick <caitlyn@moduswines.com>; Ashley Brandner <ashley@GambleFamilyVineyards.com>; Alycia Mondavi <alyciamondavi@gmail.com>
**Subject:** Re: Updated Guest List

Good morning road warriors!

Please find attached the guest list for Miami.  Tonight is shaping up to be the same size event as Tampa and Naples.  West Palm Beach now has 35 guests signed up, so still plenty of room for both nights.

Cheers,

**Elton Potts**
**Managing Partner**
vinevault.com
elton.potts@vinevault.com
**+1.407.924.6377**
*Wine Storage*
*Refrigerated Wine Delivery*
*Wine Cellar Relocation*
*Unique Events*
*Boxes*

**From:** Elton Potts <elton.potts@vinevault.com>
**Sent:** Thursday, March 5, 2020 5:24 AM
**To:** Melissa Bandel <Melissa@GambleFamilyVineyards.com>
**Cc:** Jason Moore <jason@moduswines.com>; Erica Wallenbrock <erica@spottswoode.com>; Kristin Pavlovic <kristin@GambleFamilyVineyards.com>; Yianni Stoner <yianni@spottswoode.com>; Brian Ball <brian@skipstoneranch.com>; Stu Lerner <stu.lerner@lernerproject.com>; Matthew Simpson <matthew.simpson@lernerproject.com>; Deb Lecours <deb@moduswines.com>; Jessica Rose <jessica@seaveyvineyard.com>; Julio@seaveyvineyard.com; Michael McMillan <michael@sevenstoneswinery.com>; Patricia Smith <patricia@skipstoneranch.com>; Emily Steen <emily@williamcolevineyards.com>; Malon Lemoins <Malon.lemoins@vinevault.com>; Jason Heintz <jasonh@skipstoneranch.com>; Kevin Vecchiarelli <kevin@constantwine.com>; William Dammann <william@viningsgallery.com>; Gary Handler <gary@viningsgallery.com>; Charlie Sanders <charlie.sanders@vinevault.com>; Karen Lerner <karen.lerner@lernerproject.com>; cole@williamcolevineyards.com; Samantha Hege <samantha@spottswoode.com>; Molly Sheppard <molly@spottswoode.com>; Kate <kate@vinevault.com>; Caitlyn McCormick <caitlyn@moduswines.com>; Ashley Brandner <ashley@GambleFamilyVineyards.com>; Alycia Mondavi <alyciamondavi@gmail.com>
**Subject:** Re: Updated Guest List

1

Good morning!

Our final stop of the inaugural Visit from the Valley Winter 2020 road show is upon us.

The guest list for tonight is attached.  Please note that we have 37 guests signed up.  We will set up the room a little tighter so that it doesn't look so much like a sparse crowd.

Also, we will send you an inventory on Monday of remaining wine.  We can fulfill orders out of this wine, which will be in our Atlanta facility, or return it to you via refrigerated truck.

Our driver is ready to pick up orders in California for the GA/FL customers. If we can pick up from you on Tuesday or Wednesday, we can get them moving quickly to your customers.

Thanks for a great experience.

Cheers,


**Elton Potts**
**Managing Partner**
vinevault.com
elton.potts@vinevault.com
**+1.407.924.6377**
*Wine Storage*
*Refrigerated Wine Delivery*
*Wine Cellar Relocation*
*Unique Events*
*Boxes*

# Exhibit B

Hi Stu                                                                 6/19/20

My apologies for not getting back to you on the 17th.  The termination letter you presented me was deemed unusual by a friend who does contract work.  While referencing me as a consultant, the release language asks me to waive rights as an employee.  It took more time than expected to get a full perspective of what you were offering.  I have already made bad decisions as per contracts with this brand and I don't want to make another one.  It seems you believe I was improperly categorized as a consultant and should have been categorized as an employee.  That makes some sense under current California law; I will take a bit of time to research this further.

I'm pretty sure that you are aware that 2020 has been a very challenging year for me physically and mentally.  I finally made contact with the therapist who helped me when I first moved to CA.  I hope she's a better healer now than she was 20 years ago.   Both my therapist and my family are recommending I ask for a buyout.  The mental and physical anguish of my daily life is becoming unbearable.

I would like you to know that you have cost me the 2 most important things in my life.  My passion for wine and the love of my wife.  Both may have been irreparably damaged in the last week.   She will not speak to me and every sip of wine tastes off.  Everything in my life is quite dark right now.

I had intended to ask for my 18L of Tench.  But now when I see it there is nothing beautiful about it anymore.  It just makes my heart hurt.

We created something special. You now have a world-class wine with your name on it to show to your friends.

Since you no longer want me involved in the business, I want you to buy my 10% interest in the company for a cash payment.  Stu, it makes business sense to buy out my 10%.  If you are going to sell 3000 cases at approx $2000/cs then in year three you will have made a better investment.  And for me, if I am no longer involved in the business, what sense does it make to hold onto a minority interest, which gives me no control and very little protection?

In addition, the $25,000 severance you offered was, frankly, insulting.  I would be very appreciative of a proper severance.  Either $12k/month for 3months  or $8333 for 6 months.  As would be industry standard for a GM/Proprietor.

In addition, since I will no longer be involved in the business, I insist that I be removed from Lerner Project in every way. All images and text removed from the website, removal from all insurance policy's etc.

Two 4 Stu./ Lerner Project shall not authorize and shall take reasonable measures to prevent its present officers, directors and employee's from making derogatory or disparaging statements regarding Matt Simpson or MJS consulting to any third party

If you leave me a minority partner I know what will happen.  I will become bitter and dark.  I will become a constant thorn in your side.  That's not what I want and I'm pretty sure you don't want that either.
I do not want to be an impediment to your success.

The wine community is quite small and I would really like to be able to tell people we parted on good terms.




Matthew Simpson

# Exhibit C

# RELEASE AGREEMENT
# BETWEEN
# MATTHEW J. SIMPSON
# AND
# TWO 4 STU, LLC

This Membership Purchase Agreement, hereinafter referred to as "Agreement", is made and entered on this 24th day of July 2020, by and between **MATTHEW J. SIMPSON**, hereinafter referred to as "Consultant" and **TWO 4 STU, LLC**, hereinafter referred to as "Company".

## RECITALS

WHEREAS, in or about June, 2016, Consultant started providing consulting services for the benefit of the Company and was paid for those services by the Company;

WHEREAS, on or about June 12, 2020, the Company terminated using the consulting services of Consultant;

WHEREAS, Consultant is interested in resolving any issues related to the services that Consultant provided as a consultant to the Company;

WHEREAS, all parties wish to release all claims that they have against each other and desire to establish their mutual rights and obligations;

NOW, THEREFORE, in consideration of the mutual covenants and agreements herein contained, the parties mutually agree:

## ARTICLE I.  INCORPORATION OF RECITALS

Section 1.01.  <u>Incorporation of Recitals</u>.  The parties hereby incorporate each and every one of the Recitals above as if set forth in full and are made are part of this Agreement.

## ARTICLE II.  SETTLEMENT AND RELEASE OF CLAIMS

Section 2.01.  <u>Consideration From Company to Consultant</u>.  On the date hereof, and in consideration for the releases in Article III below, Company agrees to pay Consultant the total sum of One Dollar ($1.00) upon execution of this Agreement.

Section 2.02.  <u>Non-Disparagement</u>.  The parties, on behalf of themselves and their respective spouses, heirs, successors. and assigns, covenant and agree that they will not disparage any of the other parties to this Agreement, or their respective members, directors, agents, representatives or employees, either orally or in writing, in public or in private, in any manner whatsoever.  If any party is asked about the other party to this Agreement, each shall respond that the parties had a dispute, and that the dispute was settled and the terms of the settlement is confidential.  Nothing in this Section is intended, or shall operate to vitiate the protections of California Civil Code Section 47 in any way in

the event that any party is required to provide information or give testimony in the context of a judicial or quasi-judicial proceeding which such party did not initiate, maintain, prosecute or voluntarily aid.

## ARTICLE III. RELEASE PROVISIONS

Section 3.01. <u>General Release of All Claims By Consultant</u>. In consideration of the agreements referred to Article I and II above, Consultant releases and discharges Company from all claims, demands, causes of action, and rights of any kind, both in law and in equity, known and unknown, which Consultant may or might have against Company arising directly or indirectly out of his relationship with Company.

Section 3.02. <u>Release of Unknown Claims Is Included By Consultant</u>. In consideration of the agreements referred to Article I and II above, this Agreement is also intended as a full and complete release of all or any claims Consultant may or might have by reason of the happening of the events, damages or injuries at issue regarding in accepting the settlement mentioned above, Consultant intends to and does release Company from any and all liability of any nature whatsoever as a consequence of any damage asserted by Consultant, including without limitation, claims which are unknown, unexpected, latent or undeveloped except those expressly reserved in this Agreement. In this regard, Consultant elects and agrees to waive the protection afforded by California Civil Code Section 1542, which provides:

> "[a] general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Section 3.03. <u>General Release of All Claims By Company</u>. In consideration of the agreements referred to Article I and II above, Company releases and discharges Consultant from all claims, demands, causes of action, and rights of any kind, both in law and in equity, known and unknown, which Company may or might have against Consultant arising directly or indirectly out of his relationship with Consultant.

Section 3.04. <u>Release of Unknown Claims Is Included By Company</u>. In consideration of the agreements referred to Article I and II above, this Agreement is also intended as a full and complete release of all or any claims Company may or might have by reason of the happening of the events, damages or injuries at issue regarding in accepting the settlement mentioned above, Company intends to and does release Consultant from any and all liability of any nature whatsoever as a consequence of any damage asserted by Company, including without limitation, claims which are unknown, unexpected, latent or undeveloped except those expressly reserved in this Agreement. In this regard, Company elects and agrees to waive the protection afforded by California Civil Code Section 1542, which provides:

> "[a] general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

Section 4.02.  <u>Benefit of Counsel</u>.  The parties hereto represent that prior to the execution of this Agreement they each had the opportunity to seek the benefit of independent legal counsel of their own selection regarding the substance of this Agreement.

Section 4.03.  <u>No Presumption</u>.  It shall be presumed that each party jointly drafted this Agreement, and no other presumption of any kind shall inure or apply with regard thereto or concerning the interpretation or construction of this Agreement in the event of any ambiguities.

Section 4.04.  <u>Notices</u>.  All notices required or permitted to be given hereunder shall be in writing and shall be sent by first-class mail, postage, prepaid, deposited in the United States mail in California, and if intended for Seller, shall be given to Seller and shall be addressed: Matthew J. Simpson, 298 South Montgomery Avenue, Napa, California 94559 and if intended for Purchaser, shall be given to Purchaser and shall be addressed: Lerner Family Revocable Trust, 3712 Rancho Estates Court, Walnut Creek, California, 94598. Any party hereto by written notice to the other parties, may change the address for notices to be sent to him.

Section 4.05.  <u>Governing Law</u>.  All questions with respect to the construction of this agreement, and the rights and liabilities of the parties hereto, shall be governed by the laws of the State of California.  The parties expressly waive any claim to jurisdiction in any federal forum.

Section 4.06.  <u>Successors and Assigns</u>.  This Agreement shall be binding upon and inure to the benefit of the parties, their predecessors, assigns, successors in interest, personal representatives, their past and present attorneys, principals, employees, independent contractors, officers, directors, shareholders, parents, subsidiaries, agents, servants, estates, heirs, administrators, executors, conservators, trustees, legatees, and other affiliated entities of each of the parties hereto.

Section 4.07.  <u>Attorneys' Fees</u>.  In the event of any controversy, claim, or dispute between the parties hereto, including, but not limited to, any action at law or in equity, including an action for declaratory or injunctive relief, arising out of or relating to this Agreement or the breach thereof, the prevailing party shall be entitled to recover from the losing party all of its actual attorneys' fees and costs in bringing, prosecuting, or defending said action.

Section 4.08.  <u>Modification</u>.  This Agreement may not be altered, modified, or changed in any manner except by a writing executed by the party against whom it is to be enforced.

Section 4.09.  <u>Severability</u>.  If any term, provision, covenant or condition of this Agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remainder of the provisions shall remain in full force and effect and shall in no way be affected, impaired or invalidated.

Section 4.10.  <u>Legal Capacity</u>.  The undersigned each represent and warrant that they have the right, power, legal capacity, and authority to enter into and perform the obligations under this Agreement, on their own behalf and on behalf of anyone they

represent and that no further approval or consent of any person or entity is necessary for them to enter into and perform the obligations contained in this Agreement.

Section 4.11.  <u>Further Assurances</u>.  The undersigned represent and warrant that they shall do all acts and execute and deliver all documents necessary, convenient or desirable to further the provisions and purposes of this Agreement.

Section 4.12.  <u>Counterparts</u>.  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original and all of which together shall be deemed to be one and the same instrument.  All counterparts so executed shall constitute one agreement binding upon all parties, notwithstanding that all parties are signatory to the original or the same counterpart.

Section 4.13.  <u>Titles, Headings and Captions.</u>  All titles, headings, and captions used in this Agreement have been included for administrative convenience only and do not constitute matters to be construed in interpreting this Agreement.

Section 4.14  <u>Non-Recital</u>.  The terms of this Agreement are contractual and are not a mere recital.

Section 4.15.  <u>Effective Date</u>.  This Agreement shall be effective as of the date of its execution by the party last executing same.

IN WITNESS WHEREOF, the undersigned have set their hand as of the day and year set forth below.

**SELLER**

Dated: July 29 2020

MATTHEW J. SIMPSON

**PURCHASER**

LERNER FAMILY REVOCABLE TRUST

Dated: July 31, 2020

By: _____
STUART J. LERNER, Trustee

LERNER FAMILY REVOCABLE TRUST

Dated: July 31, 2020

By: _____
KAREN M. LERNER, Trustee

**APPROVED AS TO FORM AND CONTENT:**

TWO 4 STU, LLC,
a California limited liability company

Dated: July 31, 2020

By: _____
STUART J. LERNER
Managing Member

Page 4 of 4

**EXHIBIT A**

Doug Donnelan

David Peterson

Natalie Rast

Laurie Peter

Ann McFarland

Dan Ritzenthaler

Robin Gerber

Suzanne Truchard

Derek Lueck

Shannon Norris

Tyson Caly

John Reynolds

Chris Towt

Jonathon Drum

James Imbach

Miriam Graddick-Weir

Amy Simpson

Leigh-Ann Beverly

Matt Gaffy

Mary Simpson

# Exhibit D

# MEMBERSHIP PURCHASE AGREEMENT
# BETWEEN
# MATTHEW SIMPSON
# AND
# LERNER FAMILY REVOCABLE TRUST

This Membership Purchase Agreement, hereinafter referred to as "Agreement", is made and entered on this 24th day of July 2020, by and between **MATTHEW SIMPSON**, hereinafter referred to as "Seller" and **LERNER FAMILY REVOCABLE TRUST**, hereinafter referred to as "Purchaser".

## RECITALS

WHEREAS, on or about May 6, 2016, Seller entered into an Operating Agreement and purchased 10 Membership Shares in Two 4 Stu, LLC, a California limited liability company (the "Company") which constitutes ten percent (10%) of all of the Membership Shares issued in the Company;

WHEREAS, Purchaser currently owns 80 Membership Shares in Company which constitutes eighty percent (80%) of all Membership Shares issued in Company;

WHEREAS, Seller is interested in selling his respective interests in the Company upon certain terms and conditions and in accordance with the Operating Agreement;

WHEREAS, Purchaser is interested in buying Seller's respective interests in the Company;

NOW, THEREFORE, in consideration of the mutual covenants and agreements herein contained, the parties mutually agree:

## ARTICLE I.  INCORPORATION OF RECITALS

Section 1.01.  <u>Incorporation of Recitals</u>.  The parties hereby incorporate each and every one of the Recitals above as if set forth in full and are made are part of this Agreement.

## ARTICLE II.  TRANSFER OF MEMBERSHIP INTEREST

Section 2.01.  <u>Consideration From Purchaser To Seller</u>.  On the date hereof, and in consideration for the performance by Seller pursuant to Sections 2.03 and 2.04 below, as well as the transfer of Seller's ten (10) Membership Shares, which constitute a ten percent (10%) interest in the Company, Purchaser agrees to pay Seller the total sum of Sixty Thousand Dollars ($60,000.00) upon execution of this Agreement.

Section 2.02.  <u>Surrender of Membership Certificates</u>.  On the date hereof, Seller will surrender to Purchaser any and all Certificates representing the transfer of all his ten (10) Membership Shares, which constitute a ten percent (10%) interest in the Company.

Section 2.03.  <u>Seller to Return All Customer Information to Purchaser</u>.  No later than concurrently with the execution of this Agreement, Seller agrees to return to Purchaser (i) any and all original or copies of customer lists of the Company; (ii) any customer information that Seller may have or use from Vine Spring, and/or (iii) any Confidential Information of the Company. The term "Confidential Information" means all information disclosed to the Purchase by the Company or its agents or employees in any manner, whether original or copy,  whether orally, visually or in tangible form (including, without limitation, documents, devices and computer readable media), financial operations, strategic plans and market information of the Company. The term Confidential Information also includes business and management methods, know-how, trade secrets, instruction manuals, financial reports and statements, business, product and strategic plans, market information and analysis, financial and operational controls and procedures, client identity and client information, customer lists and all other information developed and used by the Company  in its business and operations  which has not been publicly disclosed by the Company.

Section 2.04.  <u>Non-Disparagement</u>.  The parties, on behalf of themselves and their respective spouses, heirs, successors. and assigns, covenant and agree that they will not disparage any of the other parties to this Agreement, or their respective members, officers, directors, agents, representatives or employees, either orally or in writing, in public or in private, in any manner whatsoever.  If any party is asked about the other party to this Agreement, each shall respond that the parties had a dispute, and that the dispute was settled and the terms of the settlement is confidential.  Nothing in this Section is intended, or shall operate to vitiate the protections of California Civil Code Section 47 in any way in the event that any party is required to provide information or give testimony in the context of a judicial or quasi-judicial proceeding which such party did not initiate, maintain, prosecute or voluntarily aid.

### ARTICLE III.  NON-COMPETITION

Section 3.01.  <u>Non-Contact with Customers of Company</u>.    Except as to those Customers expressly provided in Exhibit A, Seller agrees that, for a period of two (2) years from the date of this Agreement, that he will not attempt to make contact or solicit any of the Customers of the Company and will take reasonable action to prevent the disclosure of any of the Customers of the Company to anyone else.

### ARTICLE IV.  MISCELLANEOUS PROVISIONS

Section 4.01.  <u>Entire Agreement</u>.  As between Seller, on the one hand, and Purchaser, on the other hand, this agreement contains the sole, complete and entire agreement of the parties hereto, and supersedes any prior written or oral agreements between them concerning the subject matter contained herein.  There are no representations, agreements, arrangements or understandings, oral or written, between and among the parties hereto, relating to the subject matter contained in this agreement, which are not fully expressed herein.

## ARTICLE IV.   MISCELLANEOUS PROVISIONS

Section 4.01.  <u>Entire Agreement</u>.  As between Consultant, on the one hand, and Company, on the other hand, this agreement contains the sole, complete and entire agreement of the parties hereto, and supersedes any prior written or oral agreements between them concerning the subject matter contained herein.  There are no representations, agreements, arrangements or understandings, oral or written, between and among the parties hereto, relating to the subject matter contained in this agreement, which are not fully expressed herein.

Section 4.02.  <u>Notices</u>.  All notices required or permitted to be given hereunder shall be in writing and shall be sent by first-class mail, postage, prepaid, deposited in the United States mail in California, and if intended for Seller, shall be given to Seller and shall be addressed: Matthew J. Simpson, 298 South Montgomery Avenue, Napa, California 94559, and if intended for Purchaser, shall be given to Purchaser and shall be addressed: Lerner Family Revocable Trust, 3712 Rancho Estates Court, Walnut Creek, California, 94598.  Any party hereto by written notice to the other parties, may change the address for notices to be sent to him.

Section 4.03.  <u>Governing Law</u>.  All questions with respect to the construction of this agreement, and the rights and liabilities of the parties hereto, shall be governed by the laws of the State of California.  The parties expressly waive any claim to jurisdiction in any federal forum.

Section 4.04.  <u>Successors and Assigns</u>.  This Agreement shall be binding upon and inure to the benefit of the parties, their predecessors, assigns, successors in interest, personal representatives, their past and present attorneys, principals, employees, independent contractors, officers, directors, shareholders, parents, subsidiaries, agents, servants, estates, heirs, administrators, executors, conservators, trustees, legatees, and other affiliated entities of each of the parties hereto.

Section 4.05.  <u>Attorneys' Fees</u>.  In the event of any controversy, claim, or dispute between the parties hereto, including, but not limited to, any action at law or in equity, including an action for declaratory or injunctive relief, arising out of or relating to this Agreement or the breach thereof, the prevailing party shall be entitled to recover from the losing party all of its actual attorneys' fees and costs in bringing, prosecuting, or defending said action.

Section 4.06.  <u>Benefit of Counsel</u>.  The parties hereto represent that prior to the execution of this Agreement they each had the opportunity to seek the benefit of independent legal counsel of their own selection regarding the substance of this Agreement.

Section 4.07.  <u>Modification</u>.  This Agreement may not be altered, modified, or changed in any manner except by a writing executed by the party against whom it is to be enforced.

Section 4.08.  <u>Severability</u>.  If any term, provision, covenant or condition of this Agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remainder of the provisions shall remain in full force and effect and shall in no way be affected, impaired or invalidated.

Section 4.09.  Legal Capacity.  The undersigned each represent and warrant that they have the right, power, legal capacity, and authority to enter into and perform the obligations under this Agreement, on their own behalf and on behalf of anyone they represent and that no further approval or consent of any person or entity is necessary for them to enter into and perform the obligations contained in this Agreement.

Section 4.10.  Further Assurances.  The undersigned represent and warrant that they shall do all acts and execute and deliver all documents necessary, convenient or desirable to further the provisions and purposes of this Agreement.

Section 4.11.  No Presumption.  It shall be presumed that each party jointly drafted this Agreement, and no other presumption of any kind shall inure or apply with regard thereto or concerning the interpretation or construction of this Agreement in the event of any ambiguities.

Section 4.12.  Counterparts.  This Agreement may be executed in any number of counterparts, each of which shall be deemed an original and all of which together shall be deemed to be one and the same instrument.  All counterparts so executed shall constitute one agreement binding upon all parties, notwithstanding that all parties are signatory to the original or the same counterpart.

Section 4.13  Non-Recital.  The terms of this Agreement are contractual and are not a mere recital.

Section 4.14.  Effective Date.  This Agreement shall be effective as of the date of its execution by the party last executing same.

IN WITNESS WHEREOF, the undersigned have set their hand as of the day and year set forth below.

**CONSULTANT**

Dated: July 28, 2020

MATTHEW J. SIMPSON

**COMPANY**

TWO 4 STU, LLC,
a California limited liability company

Dated: July 31, 2020

By: _____
STUART J. LERNER
Managing Member

# Exhibit E

# ASSIGNMENT OF MEMBERSHIP
## to
## TWO 4 STU, LLC

FOR VALUE RECEIVED, MATTHEW J. SIMPSON ("Simpson") hereby sells, assigns and transfers to LERNER FAMILY REVOCABLE TRUST ("Lerner"), any and all membership interests in TWO 4 STU, LLC, a California limited liability company (the "Company"), standing in his name on the books thereof represented by Membership Certificate No. 2 (10% interest) or any other membership certificates, including any legal, beneficial or equitable interests which Simpson may own or claim in the Company, whether or not membership interests were issued therefor. Simpson represents that he has not transferred the membership in the Company to any other person or entity prior to the below Effective Date.  Simpson does hereby appoints any officer of the Company as transfer agent to transfer his membership interests on the books of the Company to Lerner.

Dated effective July 29, 2020.

_____
MATTHEW J. SIMPSON

# Exhibit F








brigid babb
Po box 848
Napa, CA 94559

Cunt!

Move on down

the Road + fuck
Someone else's SHiT
UP. Can't understand how
U R even EMPLOYABLE. FAT CUNT

CHUNK

# Exhibit G





brigid babb
Po box 848
Napa, CA 94559

Cunt!

Move on down
the Road + fuck
someone else's SHiT
UP. Can't understand how
U R even EMPLOYABLE. FAT CUNT

CHUNK

P.O. BOX 942879
SACRAMENTO   CA 94279-6588

800-400-7115

STATE OF CALIFORNIA
BOARD OF EQUALIZATION

## WINEGROWER TAX RETURN

r620192i

**BOE USE ONLY**

**DUE ON OR BEFORE** Oct 15, 2016 for 09/07/16 - 09/30/16

2316

| [ FOID | ] |
| --- | --- |

| | YOUR ACCOUNT NO. | |
| --- | --- | --- |
| AWG Y STF | 71-706415 | 7 |

**WG**
BOARD OF EQUALIZATION
SPECIAL TAXES AND FEES
P.O.BOX 942879
SACRAMENTO  CA 94279-6081

LERNER PROJECT
TWO 4 STU LLC
298 S. MONTGOMERY STREET
NAPA CA 94559

RTS-WG
ASCF
2084

**READ INSTRUCTIONS
BEFORE PREPARING**

| WINEGROWER TRANSACTIONS DURING REPORTING PERIOD | STILL WINE (Alcohol content by volume) | | C SPARKLING WINE (Gallons) |
| --- | --- | --- | --- |
| | A NOT OVER 14 PERCENT (Gallons) | B OVER 14 PERCENT (Gallons) | |
| 1. Removed from Internal Revenue bond on payment of tax | 1. | 0 No Sales | |
| 2. Imported into California under tax paid from BOE-269-A | 2. | | |
| 3. Out-of-State Winegrowers - Shipped directly to California residents under wine direct shipper permit | 3. | | |
| 4. Total taxable transactions (add lines 1 through 3 for columns A, B, and C) | 4. | | |
| 5. Federal tax-paid wine exported | 5. | | |
| 6. Imported in or bulk transfers to U.S. Internal Revenue bond | 6. | | |
| 7. Federal tax-paid wine sold for industrial use | 7. | | |
| 8. Other exemptions (attach documentation) | 8. | | |
| 9. Total exemptions (add lines 5 through 8 for columns A, B, and C) | 9. | | |
| 10. Taxable transactions on which tax applies or a refund is due (subtract line 9 from line 4 for columns A, B, and C) | 10. | | |
| 11. Rate of tax per wine gallon | 11. $ 0.20 | $ 0.20 | $ 0.30 |
| 12. Subtotal of tax on all taxable wine gallons available (line 10 by line 11 for columns A, B, and C) | 12. $ | $ | $ |
| 13. Amount of tax due or refund claimed (add columns A, B, and C of line 12) | | | 13. $ 0 |
| 14. Penalty (if filed after the due date, see line 14 instructions) | | PENALTY 14. $ 50 00 |
| 15. INTEREST: one month's interest is due on tax for each month or fraction of a month that your payment is late. The adjusted monthly interest rate is noted on the front of Interest charges on the Special Taxes and Fees page. | | INTEREST 15. $ |
| 16. TOTAL AMOUNT DUE AND PAYABLE OR REFUND CLAIMED (add lines 13, 14, and 15) | | 16. $ 50 00 |

Windryddd@comcast.Net

Matt Simpson

5086859463  2/22/17

**Make check or money order payable to State Board of Equalization.**

501WG  002  **WG**

New Vendor Form.xlsx

Open with

| A | B | C | D | E | F | G | H | J | K | L | M | N | O | P |

# MAINTENANCE FORM FOR INVENTORY SUPPLIERS

| Action Code | Add | X | Change | Supplier Number | |
|---|---|---|---|---|---|

Supplier Name    Lerner Project Wines

| | For office use: |
|---|---|
| Search Type | V |
| Payables | Y/N/M   Y |
| Receivables | Y/N |
| Employee | Y/N |

Telephone    508 685 9463

Fax

Contact Person    Matthew Simpson

Email Address    Matthew.Simpson @ LernerProject.com

Postal Address    P.O. Box 3294
Walnut Creek CA 94598

Postal Code    94598

Town    Walnut Creek    State    CA    Country    USA

## Payment Information:

Payment Method:
☒ Check    Payment Address (if different from Postal Address):

☐ Transfer    Bank Information:
Bank Name

Bank Address

ABA # (for US Suppliers)

**encore glass**

**Encore Glass**
2925 Cordelia Road
Fairfield, CA 94534
Phone (707) 745-4444
Fax (707)748-4444

FOR OFFICE USE ONLY
DATE RECEIVED _____
ACCT NUMBER _____
APPROVAL AMT _____

SALES PERSON/CSR: _____

## APPLICATION FOR COMMERCIAL CREDIT
** REQUIRED FIELDS

**\*\*LEGAL & BUSINESS NAME:** TWO 4 STU, LLC

**\*\* BILLING ADDRESS:** PO BOX 3299 Walnut Creek, CA 94598

**\*\*PHONE NUMBER:** 925. 518. 6436

**\*\* DELIVERY TO:** c/o G3

**ADDRESS:** NAPA AIR PARK, CA

**\*\* PHONE NUMBER:** _____ **\*\* FAX NUMBER:** _____

**\*\* FEDERAL TAX ID NUMBER:** _____
**\*\*ARE YOUR PURCHASES FROM ENCORE! EXEMPT FROM SALES TAX?** (IF YES, PLEASE COMPLETE THE RESALE CERTIFICATE PROVIDED):
**\*\* DO YOU REQUIRE PURCHASE ORDERS ON INVOICES?**

**\*\*EMAIL ADDRESS TO SEND STATUS OF CREDIT** Matthew.simpson@lernerproject.com

**\*\* ACCOUNTS PAYABLE NAME & EMAIL ADDRESS** Stu Lerner stuartjlerner@gmail.com

**\*\*CREDIT LINE DESIRED (Should reflect total 90-day purchases)** 50,000.00 **\*\*ESTIMATED AMOUNT OF OPENING ORDER** 5,000.00

**\*\* DISTRIBUTE WINE/BEER/SPIRITS THROUGH** N/A

**\*\*FORM OF BUSINESS:** Sole Proprietorship ☐ Partnership ☐ Corporation ☒

**DATE STARTED or DATE INCORPORATED** 10/16 **STATE OF INCORPORATION** CA

**\*\*NAME of OWNERS, PARTNERS or OFFICERS** | **\*\*RESIDENTIAL ADDRESS** | **SOCIAL SECURITY NUMBER** | **\*\*PHONE**
| STUART LERNER | 3712 RANCHO ESTATES CT, WALNUT CREEK CA 94598 | 569.04.5227 | 925 64 518- |
| MATTHEW SIMPSON | 298 S MONTGOMERY ST NAPA CA 94559 | 0A0.64.6048 | 508 68 594 |
| RUSSEL BEVAN | 3900 MATANZAS CREEK LANE SANTA ROSA 95404 | 552.59.3730 | 707 332 2918 |

### BANK REFERENCE

**\*\*NAME of BANK:** WELLS FARGO **BRANCH** CONCORD

**ADDRESS:** 775 OAK GROVE ROAD CONCORD, CA 94518

**\*\*CHECKING ACCOUNT #:** 6239670281 **\*\* OTHER ACCOUNT #:** _____

**LOAN#** N/A **CONTACT EMAIL:** _____

**BANK OFFICER or REFERENCE:** Jesse Cohen **\*\*PHONE NUMBER:** 925. 671. 1502

### \*\*TOP 4 VOLUME INDUSTRY CREDIT REFERENCE

Do not include credit references from: Landlords, Leasing Companies, Freight Carriers, Utilities, Other Glass Suppliers, and Accounts Prepaid or COD

| 1 VENDOR NAME: | BEVAN CELLARS | PHONE & FAX NUMBER: | 707 235 3062 |
| CONTACT NAME: | VICTORIA DEGREGENZO | CONTACT EMAIL: | Victoria @ bevancellars.com |
| 2 VENDOR NAME: | BUTCH CAMERON | PHONE & FAX NUMBER: | 707 546 0146 / 707 546 2247 |
| CONTACT NAME: | | CONTACT EMAIL: | |
| 3 VENDOR NAME: | BRASSWOOD | PHONE & FAX NUMBER: | 707. 968 5583 xt 305 |
| CONTACT NAME: | @ CAITLAN PHILLIPS | CONTACT EMAIL: | Caitlin@brasswood.com |
| 4 VENDOR NAME: | TENCH ENTERPRISES | PHONE & FAX NUMBER: | 646. 660. 4200 |
| CONTACT NAME: | REMNELT REIGERSMAN | CONTACT EMAIL: | REM@ TENCHVINEYARDS.com |

**\*SIGNATURE** _____ **Date:** MARCH 7 2018

SIGNED CUSTOMER REPRESENTS AND WARRANTS THE ABOVE INFORMATION AND ANY ADDITIONAL INFORMATION IS TRUE AND CORRECT. CUSTOMER AUTHORIZES THE RELEASE OF INFORMATION REGARDING CREDIT AND/OR RATINGS TO ENCORE! WHO INDEMNIFY AND HOLD HARMLESS ENCORE! FROM ANY AND ALL LIABILITY CONNECTED WITH SUCH CONTACT OR INQUIRY.

### ~PLEASE READ AND SIGN THE TERMS AND CONDITIONS ON PAGE 2~

EDC540 **REVISION DATE: 6/15/2017** **REV7**

# GoldenState
## Box Factory
*"Quality Wood Products Since 1909"*

**2155 Paseo de Las Americas Ste. 31**
**San Diego, CA 92154**

**Phone: (619) 429-9596**
**Fax: (619) 429-9597**

Customer Name :

Bank Reference:
Name    Wells Fargo
Address    775 Oak Grove Rd
City    Concord
Phone    925 671 1502    Fax
Account #    673 967 0281

Business References:
Name    Bevan Cellars                Name    Brasswood
Address    3400 Montazos Creek Ln    Address    St Helena Hwy
City    Santa Rosa                   City    St. Helena
Phone    7075420123  Fax            Phone    7079465585  Fax
Account #                            Account #

Name    Tench Enterprises           Name    Little Gem
Address    7631 Silverado Trail      Address    248 S. Montgomery
City    Napa                         City    Napa
Phone    646660 4200  Fax           Phone    7072942482  Fax
Account #                            Account #

Requested Line of Credit: $

The undersigned certifies the above information to be true.  The undersigned consents to the obtaining of credit information by Golden State Box Factory as may be required at any time in connection with the credit hereby applied for or any renewal or extension thereof and to the disclosure of any credit information concerning the undersigned to any credit reporting agency or to any person with whom the undersigned has or proposes to have financial relations.

Lerner Project
Legal Trade Name/ Company Name

_____
Authorized Signing Officer

Matthew Simpson  Proprietor
Please Print Name & Title

- 3 -

2.  **GRAPE CRUSH AND GRAPE ACREAGE ASSESSMENTS**

   a)  **Over 100 Tons Received:**
      Enter the total tons of all grapes received for crushing during the period July 1, 2018 through December 15, 2018. Include any grapes produced by this firm.

      Total Tons Received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [                    ]

      Grape Crush and Grape Acreage Total Assessment . . . . . . . . . *(Total Tons x $0.10)*   [ $              .       ]  +

      * Assessment funds are distributed to the surveys as follows: Grape Crush is $0.06 per ton, while Grape Acreage is $0.04 per ton.

   b)  **100 Tons or Less Received:**
      No assessment for either the Grape Crush or Grape Acreage Survey is made on wineries or processors crushing 100 tons or less. Even though no assessment is paid, you must file a Grape Crush and Purchase Inquiry Report by January 10, 2019.

      Enter the total tons received for crushing during the period July 1, 2018 through December 15, 2018. Include any grapes produced by this firm. If you had no crush, write "0.0" in the space provided.

      Total Tons Received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ 60.26 ]

3.  Do you want the Final Grape Crush Report mailed to you?

   Number of copies requested . . . . . . . . . . . . . . . [    1    ]   x $15.00 per copy =  [ $    15    . ]  +

4.  **TOTAL AMOUNT DUE:**

   Remit one check . . . . . . . . . . . . . . *(Add Total Assessments items 1c and 2a, plus item 3)*   [ $    652 ⁵⁴ . ]  =

5.  **LATE CRUSH TONS RECEIVED:**
   Have you or will you receive any grapes for crushing after December 15, 2018?
   Include vineyard strippings and cold storage. . . . . . . . . . . . . . . . . . . . . . . . . . . [    ] YES   [ ☒ ] NO

   **If yes**, another assessment report will be sent to cover the period December 16, 2018 through June 30, 2019.

   I hereby certify that the above is true and correct to the best of my knowledge and belief. I understand that the records from which this report was compiled are subject to audit by the California Department of Food and Agriculture.

   Date: _____

   _____
   Signature of person authorized to certify this report

   Phone: ( _____ ) _____

   _____
   Please print or type name and title

**NOTE:**   One copy of this report (along with the assessment payment for all grapes received for crushing from July 1, 2018 through December 15, 2018) must be received in the Department on or before **January 10, 2019.**

- 2 -

**1. PIERCE'S DISEASE ASSESSMENT** *(To be paid on ALL GRAPE TONNAGE – see instructions on back.)*

  **a) Purchased Grapes:**

   Total Value . . . . . *(Tons Purchased x Purchase Price for Each Variety)* $ 384,852⁵²

   Assessment Subtotal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . *(Total Value x $0.0015)* $ 577 ²⁸

  **b) Grapes Not Purchased:**

| (1) District | (2) Variety | (3) Tons Crushed (2018 Crop) | (4) Prev. Year's Value (See enclosed Table 10 of the "Errata to the Final Grape Crush Report, 2017") | (5) Total Value (Column 3 x Column 4) | (6) Assessment (Column 5 x $0.0015) |
|---|---|---|---|---|---|
| | | | **EXAMPLES:** | | |
| 1 | Chardonnay | 125.0 | 1,335.24 | 166,905 | 250.36 |
| 11 | Zinfandel | 210.0 | 649.79 | 136,456 | 204.68 |
| | Subtotal............ | | | 303,361 | 455.04 |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |
| | | | | | · |

Assessment Subtotal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 577 . ²⁸

  **c) Pierce's Disease Total Assessment** . . . . . . . . . . . . . . *(Add subtotals for Items a and b)* $ 577 . 28 +