John A. Marshall, Esq. (SBN: 109557)
john@marshallbusinesslaw.com
Ronald "Travis" M. Tillman, Esq. (SBN: 271267)
travis@marshallbusinesslaw.com
**MARSHALL & ASSOCIATES**
26565 West Agoura Road, Suite 200
Calabasas, California 91302
Telephone (818) 617-9337
Attorney for Defendants, VINE VAULT LLC and ELTON POTTS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNDRED ACRE WINE GROUP INC., a Delaware Corporation<br><br>              Plaintiff,<br><br>     v.<br><br>TWO 4 STU, LLC, a California limited liability company dba LERNER PROJECT; STUART JAY LERNER, an individual; VINE VAULT LLC, a Georgia limited liability company; and ELTON POTTSs, an individual,<br><br>              Defendants. | Case No. 3:22-cv-07305-JD<br><br>**DEFENDANTS VINE VAULT LLC and ELTON POTTS'S ANSWER TO PLAINTIFF'S COMPLAINT (DOC. NO. 1)**<br><br>**DEMAND FOR JURY TRIAL** |

    Answering Defendants, VINE VAULT LLC ("Vine Vault") and ELTON POTTS ("Potts") (collectively, "Answering Defendants"), by and through their attorneys of record herein, MARSHALL & ASSOCIATES, hereby respond to Plaintiff's Complaint (Doc. No. 1) filed on November 18, 2022 and served on Answering Defendants on December 19, 2022 as follows:

# I. ANSWER

1.      Answering Paragraph 1 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

2.      Answering Paragraph 2 of the Complaint, Answering Defendants admit that TWO 4 STU LLC does business using the fictious business name the "Lerner Project". Otherwise, Answering Defendants lack sufficient information to either admit or deny the remaining allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

3.      Answering Paragraph 3 of the Complaint, Answering Defendants deny that Lerner owns a majority of the shares of Vine Vault. Otherwise, Answering Defendants lack sufficient information to either admit or deny the remaining allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

4.      Answering Paragraph 4 of the Complaint, Answering Defendants admit the allegations of this Paragraph.

5.      Answering Paragraph 5 of the Complaint, Answering Defendants admit the allegations of this Paragraph.

6.      Paragraph 6 of the Complaint contains conclusions of law requiring no answer, but to the extent an answer is required, the allegations are denied.

7.      Paragraph 7 of the Complaint contains conclusions of law requiring no answer, but to the extent an answer is required, the allegations are denied.

8.      Answering Paragraph 8 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

9.      Answering Paragraph 9 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

10.     Answering Paragraph 10 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

11.     Answering Paragraph 11 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

12.     Answering Paragraph 12 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

13.     Answering Paragraph 13 of the Complaint, Answering Defendants deny the allegations alleged against Answering Defendants in this Paragraph. Otherwise, Answering Defendants lack sufficient information to either admit or deny the remaining allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

14.     Answering Paragraph 14 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

15.     Answering Paragraph 15 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

16.     Answering Paragraph 16 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and

therefore, to the extent an answer is required, deny the allegations of this Paragraph.

17. Answering Paragraph 17 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

18. Answering Paragraph 18 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

19. Answering Paragraph 19 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

20. Answering Paragraph 20 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

21. Answering Paragraph 21 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

22. Answering Paragraph 22 of the Complaint, Answering Defendants admits that Vine Vault is a wine storage and transportation business that provides direct shipping services. Otherwise, Answering Defendants deny the remaining allegations of this Paragraph as alleged.

23. Answering Paragraph 23 of the Complaint, Answering Defendants admit the allegations of this Paragraph.

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

24.    Answering Paragraph 24 of the Complaint, Answering Defendants deny the allegations of this Paragraph.

25.    Answering Paragraph 25 of the Complaint, Answering Defendants admit the allegations of this Paragraph.

26.    Answering Paragraph 26 of the Complaint, Answering Defendants deny the allegations of this Paragraph.

27.    Answering Paragraph 27 of the Complaint, Answering Defendants deny that Vine Vault's website lists "El Monte, CA" as a Vine Vault facility. Answering Defendants admit the remaining allegations of this Paragraph.

28.    Answering Paragraph 28 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

29.    Answering Paragraph 29 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

30.    Answering Paragraph 30 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

31.    Answering Paragraph 31 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

32.    Answering Paragraph 32 of the Complaint, Answering Defendants admit Hundred Acre hired Vine Vault as a vendor for shipments. Admit that climate-controlled environments can help minimize the risk of negative impacts on

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

the quality of wine. Otherwise, Answering Defendants lack sufficient information to either admit or deny the remaining allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

33.     Answering Paragraph 33 of the Complaint, Answering Defendants admit the allegations of this Paragraph.

34.     Answering Paragraph 34 of the Complaint, Answering Defendants admit that Hundred Acre and Vine Vault entered into an agreement in October 11, 2018 and that the agreement speaks for itself with regard to the quoted language. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

35.     Answering Paragraph 35 of the Complaint, Answering Defendants admit that Hundred Acre and Vine Vault entered into an agreement in October 11, 2018 and that the agreement speaks for itself with regard to the quoted language. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

36.     Answering Paragraph 36 of the Complaint, Answering Defendants admit that Hundred Acre and Vine Vault entered into an agreement in October 11, 2018 and that the agreement speaks for itself; deny that Defendants learned or had personal knowledge that Hundred Acre employed substantial safeguards, that its customer information was not accessible to the general public, that its customer information consisted of an exclusive list of customers that needed to sign up on a waiting list; admit that Hundred Acre shared customer information with Vine Vault; deny that Hundred Acre continually reminded Vine Vault to maintain customer information as confidential Further, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Otherwise, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this

Paragraph.

37.     Answering Paragraph 37 of the Complaint, Answering Defendants admit that Hundred Acre and Vine Vault entered into an agreement in October 11, 2018 and that the agreement speaks for itself. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

38.     Answering Paragraph 38 of the Complaint, Answering Defendants admit that Hundred Acre provided Vine Vault with information needed to fulfill orders through Vine Vault. Otherwise, Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

39.     Answering Paragraph 39 of the Complaint, Answering Defendants admit that Vine Vault  received order information electronically for Hundred Acre orders. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

40.     Answering Paragraph 40 of the Complaint, Answering Defendants admit that over the period of time that Vine Vault has shipped orders for Hundred Acre, Vine Vault has received contact information and some purchase information regarding to purchasers to facilitate Vine Vault's shipping and storage services for Hundred Acre's customers. Otherwise, Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

41.     Answering Paragraph 41 of the Complaint, Answering Defendants deny that Vine Vault could determine solely from the information provided to it by Hundred Acre which customers purchased the most wine and how much customers

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

were spending on Hundred Acre wine on an annual basis. Otherwise, Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

42.    Answering Paragraph 42 of the Complaint, Answering Defendants deny the allegations of this Paragraph.

43.    Answering Paragraph 43 of the Complaint, Answering Defendants deny the allegations of this Paragraph.

44.    Answering Paragraph 44 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

45.    Answering Paragraph 45 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

46.    Answering Paragraph 46 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

47.    Answering Paragraph 47 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

48.    Answering Paragraph 48 of the Complaint, Answering Defendants deny that they intentionally provided any Hundred Acre trade secret information to Lerner. Otherwise, Answering Defendants lack sufficient information to either

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

admit or deny the remaining allegations in this Paragraph and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

49.     Answering Paragraph 49 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

50.     Answering Paragraph 50 of the Complaint, Answering Defendants admit that Lerner owns a minority shareholder interest in Vine Vault; deny that Answering Defendants intentionally provided any Hundred Acre trade secret information to Lerner. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

51.     Answering Paragraph 51 of the Complaint, Answering Defendants deny that they misappropriated trade secret information. Otherwise, Answering Defendants lack sufficient information to either admit or deny the remaining allegations in this Paragraph and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

52.     Answering Paragraph 52 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

53.     Answering Paragraph 53 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

54.     Answering Paragraph 54 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

55.     Answering Paragraph 55 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

56.     Answering Paragraph 56 of the Complaint, Answering Defendants admit that Vine Vault has organized wine tasting road shows that have taken place multiple times per year in locations across the country, with titles such as "Vine Vault Road Show" and "Visit from the Valley" and that such road shows sometimes featured Lerner Project as a participant winery. Deny that Answering Defendants misappropriated Hundred Acre's trade secrets.

57.     Answering Paragraph 57 of the Complaint, Answering Defendants deny that Vine Vault ensured that Lerner Project would be a featured winery at the road shows so that Lerner Project could solicit Hundred Acre's customers to purchase Lerner Project wine. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

58.     Answering Paragraph 58 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

59.     Answering Paragraph 59 of the Complaint, Answering Defendants admit that Plaintiff raised concerns to Answering Defendants about the use of

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

Hundred Acre information; admit that in response to Plaintiff's raised concerns, Answering Defendants informed Plaintiff that "going forward we will not contact anyone that we can identify as someone we are aware of solely from our relationship with Hundred Acre for any purpose other than to arrange the delivery of their wine. Otherwise, deny the remaining allegations of this Paragraph which also contain legal conclusions.

60.     Answering Paragraph 60 of the Complaint, Answering Defendants admit the allegations of this Paragaph.

61.     Answering Paragraph 61 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

62.     Answering Paragraph 62 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

63.     Answering Paragraph 63 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

64.     Paragraph 64 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

65.     Paragraph 65 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

66.     Paragraph 66 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

67.     Answering Paragraph 67 of the Complaint, Answering Defendants admit that Potts and Lerner have been friends for almost 20 years; deny that they were engaged in multiple business ventures together over the preceding decades.

68.     Answering Paragraph 68 of the Complaint, Answering Defendants admit that Potts has a background in logistics and pallets.  Answering Defendants lack sufficient information to either admit or deny the remaining allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

69.     Answering Paragraph 69 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

70.     Answering Paragraph 70 of the Complaint, Answering Defendants admit the allegations of this Paragraph.

71.     Answering Paragraph 71 of the Complaint, Answering Defendants admit that Potts retired from Recall in 2013. Answering Defendants lack sufficient information to either admit or deny the remaining allegations therein and therefore, to the extent an answer is required, deny the allegations of this Paragraph.

72.     Answering Paragraph 72 of the Complaint, Answering Defendants, admit that the entity for Vine Vault was organized and has existed since 2014. Answering Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

73.     Answering Paragraph 73 of the Complaint, Answering Defendants admit the allegations of this Paragraph with regard to PALX.  Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

74.     Answering Paragraph 74 of the Complaint, Answering Defendants deny the allegations in this Paragraph.

75.     Answering Paragraph 75 of the Complaint, Answering Defendants admit that Vine Vault ships to purchasers across the country and sometimes internationally, and that Vine Vault's road shows operate in different states across the country.  Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

76.     Answering Paragraph 76 of the Complaint, Answering Defendants admit Potts is CEO and Managing Member of Vine Vault. Admit that Lerner Project sometimes participates in Vine Vault's road shows. Deny that Lerner is a majority shareholder of Vine Vault. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

77.     Answering Paragraph 77 of the Complaint, Answering Defendants repeat, reallege, and incorporate by reference, as if fully set forth herein, their answers to the preceding paragraphs.

78.     Answering Paragraph 78 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

79.     Answering Paragraph 79 of the Complaint, Answering Defendants lack sufficient information to either admit or deny the allegations therein, and to

the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

80.     Paragraph 80 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

81.     Paragraph 81 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

82.     Paragraph 82 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

83.     Paragraph 83 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

84.     Paragraph 84 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

85.     Paragraph 85 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

86.     Answering Paragraph 86 of the Complaint, Answering Defendants repeat, reallege, and incorporate by reference, as if fully set forth herein, their answers to the preceding paragraphs.

87.     Answering Paragraph 87 of the Complaint, Answering Defendants admit that Potts is employed by Vine Vault.  Deny that Lerner and Lerner Project are employees of Vine Vault. Deny that Vine Vault is an unlawful enterprise. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

88.     Paragraph 88 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

89.     Paragraph 89 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

90.     Paragraph 90 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent

Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

91.     Paragraph 91 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

92.     Answering Paragraph 92 of the Complaint, Answering Defendants deny the allegations of this Paragraph.

93.     Answering Paragraph 93 of the Complaint, Answering Defendants deny the allegations of this Paragraph.

94.     Paragraph 94 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

95.     Paragraph 95 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

96.     Paragraph 96 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

97.     Answering Paragraph 97 of the Complaint, Answering Defendants deny the allegations against Answering Defendants this Paragraph. Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

98.     Paragraph 98 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

99.     Paragraph 99 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

100.    Paragraph 100 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

101.    Paragraph 101 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

102.    Answering Paragraph 102 of the Complaint, Answering Defendants repeat, reallege, and incorporate by reference, as if fully set forth herein, their answers to the preceding paragraphs.

103.    Paragraph 103 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

104.   Paragraph 104 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied. Further, to the extent Defendants lack sufficient information to either admit or deny the remaining allegations therein, and to the extent an answer is required, Answering Defendants deny the allegations of this Paragraph.

105.   Answering Paragraph 105 of the Complaint, Answering Defendants deny that they misappropriated trade secrets. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

106.   Answering Paragraph 106 of the Complaint, Answering Defendants deny that they unlawfully disclosed trade secrets. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

107.   Answering Paragraph 107 of the Complaint, Answering Defendants deny that they misappropriated trade secrets. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

108.   Answering Paragraph 108 of the Complaint, Answering Defendants deny that they misappropriated trade secrets and that any handling of trade secrets, if any, by them was malicious or with willful intent to misappropriate. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

109.   Answering Paragraph 109 of the Complaint, Answering Defendants deny that they misappropriated trade secrets. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

110.   Answering Paragraph 110 of the Complaint, Answering Defendants repeat, reallege, and incorporate by reference, as if fully set forth herein, their answers to the preceding paragraphs.

111.   Paragraph 111 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

112.   Answering Paragraph 112 of the Complaint, Answering Defendants admit that Hundred Acre and Vine Vault entered into an agreement in October 11, 2018 and that the agreement speaks for itself. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

113.   Answering Paragraph 113 of the Complaint, Answering Defendants admit that Hundred Acre and Vine Vault entered into an agreement in October 11, 2018 and that the agreement speaks for itself. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

114.   Paragraph 114 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

115.   Answering Paragraph 115 of the Complaint, Answering Defendants deny that Plaintiffs are entitled to injunctive relief or an award of attorney fees. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

116.   Paragraph 116 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

117.   Answering Paragraph 117 of the Complaint, Answering Defendants repeat, reallege, and incorporate by reference, as if fully set forth herein, their answers to the preceding paragraphs.

118.   Answering Paragraph 118 of the Complaint, Answering Defendants admit that Hundred Acre and Vine Vault entered into an agreement in October 11,

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

2018 and that the agreement speaks for itself. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

119.   Answering Paragraph 119 of the Complaint, Answering Defendants admit that Hundred Acre and Vine Vault entered into an agreement in October 11, 2018 and that the agreement speaks for itself. Otherwise, this Paragraph contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

120.   Paragraph 120 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

121.   Paragraph 121 contains conclusions of law requiring no answer, but to the extent an answer is required, those allegations are denied.

## II. AFFIRMATIVE DEFENSES

Answering Defendants assert the following affirmative defenses:

### First Affirmative Defense

### (Failure to State a Claim -- All Causes of Action)

1. Plaintiff's Complaint and each cause of action alleged therein fail to state a cause of action.

### Second Affirmative Defense

### (CUTSA Pre-Emption – First and Second Causes of Action)

2. As a further separate and affirmative defense, Defendants allege that the First and Second Causes of Action alleged in the Complaint are pre-empted by the California Uniform Trade Secrets Act.

### Third Affirmative Defense

### (Ratification -- All Causes of Action)

3. Plaintiff's Complaint and each cause of action alleged therein lack merit because Defendants' actions were ratified by Plaintiff.

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

### *Fourth Affirmative Defense*

### **(Estoppel -- All Causes of Action)**

4. By reason of Plaintiff's conduct, its purported claims for relief, and each of them, are barred in whole or in part by the doctrine of estoppel.

### *Fifth Affirmative Defense*

### **(Waiver -- All Causes of Action)**

5. By reason of Plaintiff's conduct, its purported claims for relief, and each of them, are barred in whole or in part by the doctrine of waiver.

### *Sixth Affirmative Defense*

### **(Laches -- All Causes of Action)**

6. By reason of Plaintiff's conduct, its purported claims for relief, and each of them, are barred in whole or in part by the doctrine of laches.

### *Seventh Affirmative Defense*

### **(Unclean Hands -- All Causes of Action)**

7. By reason of Plaintiff's conduct, its purported claims for relief, and each of them, are barred in whole or in part by the doctrine of unclean hands.

### *Eighth Affirmative Defense*

### **(Failure to Mitigate -- All Causes of Action)**

8. Plaintiff is barred from recovery against Defendants because, although under a duty to do so, it unreasonably failed, in whole or in part, to mitigate any damages alleged.

### *Ninth Affirmative Defense*

### **(Lack of Malice – All Causes of Action)**

9. Defendants deny that they acted with malice or reckless indifference to the rights of Plaintiff.

### *Tenth Affirmative Defense*

### *(Lack of Personal Jurisdiction – All Causes of Action)*

**ANSWER TO COMPLAINT**

MARSHALL & ASSOCIATES
26565 West Agoura Road. Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

10. Answering Defendant(s) have not been properly served with process, and thus this court does not have personal jurisdiction over the Defendant(s).

### Eleventh Affirmative Defense

### (No Misappropriation or Disclosure of Trade Secret – All Causes of Action)

11. Any information disclosed by Defendants was not a trade secret of Plaintiff or misappropriated by Defendants.

### Twelfth Affirmative Defense

### (Injunctive Relief Not Warranted)

12. Plaintiff is not entitled to injunctive relief because the damage to Plaintiff, if any, is not immediate or irreparable, Plaintiff has an adequate remedy at law, and Plaintiff cannot satisfy the requirements for preliminary injunctive relief.

### Thirteenth Affirmative Defense

### (Right To Amend)

13. Defendants reserve the right to amend this response and defenses, to assert additional affirmative defenses, and to supplement, alter or change this response upon revelation of more definite facts, and upon the undertaking of discovery and an investigation of this matter.

## III. PRAYER FOR RELIF

WHEREFORE, Answering Defendants respectfully request the following relief from this Honorable Court:

1. Dismissal of Plaintiff's Complaint and causes action therein asserted against these Answering Defendants;

2. Award Answering Defendants their reasonable costs and attorney's fees, to the extent applicable under law or contract;

3. Any other relief that this Honorable Court deems just and proper.

1

2

## IV. DEMAND FOR JURY TRIAL

3

Answering Defendants hereby demand a trial by jury of the foregoing causes

4 of action.

5

6    Date: January 9, 2023                MARSHALL & ASSOCIATES

7
                                          */s/ John A. Marshall*
8                                         JOHN A. MARSHALL
9                                         Attorney for Defendants
                                          VINE VAULT LLC and ELTON POTTS
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

**ANSWER TO COMPLAINT**

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of January, 2023, I served the above **ANSWER TO COMPLAINT** through CM/ECF system of the United States District Court for the Northern District of California (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

/s/ *Kim K. Ranck*
An Employee of Marshall & Associates

David J. Millstein, Esq.
Kevin D. Cardona, Esq.
Millstein Fellner LLP
10 The Embarcadero, Penthouse
San Francisco, CA  94105
Telephone:  415-348-0348
Facsimile: 415-348-0336
dmillstein@millsteinfellner.com
kcardona@millsteinfellner.com
*Attorneys for Plaintiff, HUNDRED ACRE WINE GROUP, INC.*

Michael J. Sachs, Esq.
John D. Van Ackeren, Esq.
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
Telephone: 714-241-4444
Facsimile: 714-241-4445
mjs@callahan-law.com
Jvanackeren@callahan-law.com
*Attorneys for Defendants TWO 4 STU, LLC and STUART JAY LERNER*