John A. Marshall, Esq. (SBN: 109557)
john@marshallbusinesslaw.com
Ronald "Travis" M. Tillman, Esq. (SBN: 271267)
travis@marshallbusinesslaw.com
**MARSHALL & ASSOCIATES**
26565 West Agoura Road, Suite 200
Calabasas, California 91302
Telephone (818) 617-9337
Attorney for Defendants, VINE VAULT LLC and ELTON POTTS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNDRED ACRE WINE GROUP INC., a Delaware Corporation<br><br>                    Plaintiff,<br><br>   v.<br><br>TWO 4 STU, LLC, a California limited liability company dba LERNER PROJECT; STUART JAY LERNER, an individual; VINE VAULT LLC, a Georgia limited liability company; and ELTON POTTSs, an individual,<br><br>                    Defendants. | Case No. 3:22-cv-07305-JD<br><br>**DEFENDANTS VINE VAULT LLC and ELTON POTTS'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EVIDENCE FILED IN SUPPORT OF ITS MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (DOC. NO. 14)**<br><br>Date: February 2, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. James Donato<br>Dept.: Courtroom 11 |

Defendants, VINE VAULT LLC ("Vine Vault") and ELTON POTTS ("Potts") (collectively, "Defendants"), hereby object to the following evidence submitted by Plaintiff Hundred Acre Wine Group Inc.'s ("Plaintiff" or "Hundred Acre") in support of its Motion for Temporary Restraining Order and Order to Show

Cause Why a Preliminary Injunction Should Not Issue, filed as Document No. 14 on December 12, 2022 (the "Motion"):

## OBJECTION NO. 1

**Material Objected To:**

"Our firm received an excel spreadsheet in electronic format from Matt Simpson containing shipping and other customer information that was purportedly entered into Two 4 Stu ("Lerner Project's") Customer Relations Management System ("CRM") between March 19, 2018 and June 9, 2020 ("Lerner List"). Declaration of Kevin Cardona ("Cardona Dec."), Doc. No. 14-2, at ¶ 3.

**Basis for Objection:**

The referenced documents, spreadsheets and/or information are not attached to the Declaration, making the Declaration an incomplete document. All statements and allegations based on the purported documents, spreadsheets and/or information therefore lack foundation and are speculative.

**Ruling on Objection:**        **____ Sustained**

                                            **____ Overruled**

## OBJECTION NO. 2

**Material Objected To:**

"the Lerner List contained names of Hundred Acre customers (as described by Mr. Simpson in his declaration), I compared it to a list of Hundred Acre's customer information for shipments made through Vine Vault covering the time period of September 1, 2019 to March 31, 2022 ("Hundred Acre List")." Cardona Dec. at ¶ 4

**Basis for Objection:**

The referenced "Lerner List" and "Hundred Acre List" are not attached to the Declaration, making the Declaration an incomplete document. All statements and allegations based on the purported "Lerner List" and/or "Hundred Acre List"

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

therefore lack foundation. Further objection on the grounds of hearsay, lack of personal knowledge, and best evidence rule.

**Ruling on Objection:**       \_\_\_\_ **Sustained**

\_\_\_\_ **Overruled**

## OBJECTION NO. 3

**Material Objected To:**

"I was advised by Alison Williams that shipments were made earlier, but earlier data may no longer be available to Hundred Acre." Cardona Dec. ¶ 6, lines 24-25.

**Basis for Objection:**

Hearsay. Lack of Foundation. Improper speculation or opinion.

**Ruling on Objection:**       \_\_\_\_ **Sustained**

\_\_\_\_ **Overruled**

## OBJECTION NO. 4

**Material Objected To:**

"While multiple individuals may share the same combination of first and last name, e-mail addresses or phone numbers are more likely to represent unique identifiers." Cardona Dec. ¶ 7, lines 1-3

**Basis for Objection:**

Lack of foundation. Improper lay witness opinion, speculation.

**Ruling on Objection:**       \_\_\_\_ **Sustained**

\_\_\_\_ **Overruled**

## OBJECTION NO. 5

**Material Objected To:**

"About 362 unique e-mail addresses are associated with Hundred Acre wine orders fulfilled through Vine Vault from October 14, 2019 to June 9, 2020. Of those e-

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

**DEFENDANTS VINE VAULT AND ELTON POTTS'S OBJECTIONS TO PLAINTIFF'S EVIDENCE**

mail addresses, 166 also appear on the Lerner List; approximately 46%." Cardona Dec. at ¶ 8.

**Basis for Objection:**

Lack of Foundation. Lack of Personal Knowledge. Hearsay. Best Evidence Rule. Improper lay witness opinion, speculation.

**Ruling on Objection:**      **____ Sustained**

                                         **____ Overruled**

## OBJECTION NO. 6

**Material Objected To:**

"In reviewing the Lerner List, I observed that many names were added in the time period of February 3-9, 2020 – 922 to be exact, often as frequently as one per minute." Cardona Dec. ¶ 9.

**Basis for Objection:**

Lack of Foundation. Lack of Personal Knowledge. Hearsay. Best Evidence Rule. Improper lay witness opinion, speculation.

**Ruling on Objection:**      **____ Sustained**

                                         **____ Overruled**

## OBJECTION NO. 7

**Material Objected To:**

"I retained a list of the new mailing list as evidence of this act which is attached to this declaration" Simpson Dec. at ¶ 3.

**Basis for Objection:**

Hearsay. Lack of Foundation. Best Evidence Rule. Improper legal conclusion or opinion. The Declaration refers to an attached "list", yet no list is attached, making the document incomplete.

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

**Ruling on Objection:** _____ **Sustained**

_____ **Overruled**

## OBJECTION NO. 8

**Material Objected To:**

"At the time of Vine Vault and Stuart Lerner's misuse and misappropriation of Hundred Acre's customer data" Declaration of Jayson Woodbridge ("Woodbridge Dec."), Doc. No. 14-4 at ¶ 6, lines 15-16.

**Basis for Objection:**

Lack of Foundation. Lack of Personal Knowledge. Improper legal conclusion or opinion.

**Ruling on Objection:** _____ **Sustained**

_____ **Overruled**

## OBJECTION NO. 9

**Material Objected To:**

"Hundred Acre is one of the world's top collected wines" Woodbridge Dec at ¶ 8, line 17.

**Basis for Objection:**

Lack of Foundation.

**Ruling on Objection:** _____ **Sustained**

_____ **Overruled**

## OBJECTION NO. 10

**Material Objected To:**

"Shortly after the NDA was executed, Hundred Acre provided Vine Vault with Hundred Acre's confidential trade secret information only to the extent needed to fulfill orders through Vine Vault, i.e. to ship the wine." Woodbridge Dec at ¶ 11.

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

**Basis for Objection:**

Lack of Foundation. Hearsay. Best Evidence Rule. The declaration fails to lay foundation for or establish that the information allegedly provided to Vine Vault was confidential trade secret information, that only information to the extent needed to fulfill orders was provided, or when exactly such information was provided. Further, the declaration refers to but fails to provide evidence of the information actually transmitted to Vine Vault.

**Ruling on Objection:** **\_\_\_\_ Sustained**

**\_\_\_\_ Overruled**

## OBJECTION NO. 11

**Material Objected To:**

"Hundred Acre submitted customer data to Vine Vault for shipment which included identifying information and customer preferences, among others: first and last names of customer, address, company, phone number, name and varietal of wines bought, number of bottles bought, price and weight of order ("Hundred Acre Customer Data")." Woodbridge Dec at ¶ 12, lines 8-11.

**Basis for Objection:**

Lack of Foundation. Hearsay. Best Evidence Rule. The declaration refers to but fails to provide evidence of the content and timing of the information actually transmitted to Vine Vault.

**Ruling on Objection:** **\_\_\_\_ Sustained**

**\_\_\_\_ Overruled**

## OBJECTION NO. 12

**Material Objected To:**

"Through this data Vine Vault could determine which Hundred Acre customers purchased the most wine and how much customers were spending on a Hundred

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

Acre wine on an annual basis. This list could be considered a collection of the wealthiest purchasers of Napa Valley wine. Most of Hundred Acre's customers buy every new release of wine, averaging about $600-700 per bottle." Woodbridge Dec at ¶ 13

**Basis for Objection:**

Lack of Foundation. Hearsay. Best Evidence Rule. Improper opinion and speculation. The declaration refers to but fails to provide evidence of the information actually transmitted to Vine Vault.

**Ruling on Objection:**      **_____ Sustained**

                                        **_____ Overruled**

## OBJECTION NO. 13

**Material Objected To:**

"In early 2022, some Hundred Acre customers contacted me directly to tell me they received unsolicited emails from Vine Vault and Lerner Project to market the sale of Lerner Project wine or inviting them to roadshow tasting events organized by Vine Vault where attendees were sold Lerner Project wine." Woodbridge Dec at ¶ 14.

**Basis for Objection:**

Lack of Foundation. Hearsay. Lack of Personal Knowledge. Improper speculation.

**Ruling on Objection:**      **_____ Sustained**

                                        **_____ Overruled**

## OBJECTION NO. 14

**Material Objected To:**

"Based on the information Matt Simpson communicated to me, which is set forth in his declaration, it is my belief that Lerner added the Hundred Acre Customer Data that was in the folder he obtained from Potts and Vine Vault to the CRM for

the Lerner Project so that those customers would receive e-mails or letters advertising Lerner Project wines. As indicated above, Potts replied admitting to the use of the Hundred Acre customer data to market to them regarding the road shows and apologized." Woodbridge Dec at ¶ 18, lines 3-8

**Basis for Objection:**

Lack of Foundation. Hearsay. Lack of Personal Knowledge. Best Evidence Rule. Improper legal conclusion, opinion and speculation. This statement also relies on information purportedly communicated to Woodbridge that was purportedly set forth in Matt Simpson's declaration. However, Matt Simpson's declaration refers and relies on "attached" information that is not in fact attached to his filed declaration, thereby causing both his declaration and the herein statement to be incomplete and lacking foundation.

**Ruling on Objection:**        **____ Sustained**

                                              **____ Overruled**

## OBJECTION NO. 15

**Material Objected To:**

"The list and data is of great commercial value. A competitor possessing this list could increase its sales at our expense. Individuals purchasing wine that costs $700 a bottle belong to a rarefied group of wine coinsurers [sic]. Companies selling anything from luxury goods to investments would pay significant amounts to acquire access to the names of individuals with this amount of expendable income. Woodbridge Dec at ¶ 19, lines 9-13.

**Basis for Objection:**

Lack of Foundation. Hearsay. Lack of Personal Knowledge. Best Evidence Rule. Improper legal conclusion, lay witness opinion, speculation.

MARSHALL & ASSOCIATES
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

**Ruling on Objection:** _____ **Sustained**

_____ **Overruled**

Date: January 17, 2023          MARSHALL & ASSOCIATES

_/s/ John A. Marshall_
JOHN A. MARSHALL
Attorney for Defendants
VINE VAULT LLC and ELTON POTTS

DEFENDANTS VINE VAULT AND ELTON POTTS'S OBJECTIONS TO PLAINTIFF'S EVIDENCE

**MARSHALL & ASSOCIATES**
26565 West Agoura Road, Suite 200, Calabasas, CA 91302
Telephone: (818) 617-9337

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of January, 2023, I served the above **DEFENDANTS VINE VAULT LLC and ELTON POTTS'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S EVIDENCE FILED IN SUPPORT OF ITS MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (DOC. NO. 14)** through CM/ECF system of the United States District Court for the Northern District of California (or, if necessary, by U.S. Mail, first class, postage pre-paid), upon the following:

/s/ *Kim K. Ranck*
An Employee of Marshall & Associates

David J. Millstein, Esq.
Kevin D. Cardona, Esq.
Millstein Fellner LLP
10 The Embarcadero, Penthouse
San Francisco, CA  94105
Telephone:  415-348-0348
Facsimile: 415-348-0336
dmillstein@millsteinfellner.com
kcardona@millsteinfellner.com
*Attorneys for Plaintiff, HUNDRED ACRE WINE GROUP, INC.*

Michael J. Sachs, Esq.
John D. Van Ackeren, Esq.
3 Hutton Centre Drive, Ninth Floor
Santa Ana, CA  92707
Telephone: 714-241-4444
Facsimile: 714-241-4445
mjs@callahan-law.com
Jvanackeren@callahan-law.com
*Attorneys for Defendants TWO 4 STU, LLC and STUART JAY LERNER*