David J. Millstein, Esq. (CSB# 87878)
DMillstein@millsteinfellner.com
Kevin D. Cardona, Esq. (CSB# 314033)
KCardona@millsteinfellner.com
MILLSTEIN FELLNER LLP
100 The Embarcadero, Penthouse
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile: (415) 348-0336
**Attorneys for Plaintiff**
HUNDRED ACRE WINE GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| HUNDRED ACRE WINE GROUP, INC.,<br>        Plaintiff,<br>   v.<br>TWO 4 STU, LLC, et al.,<br>        Defendants.<br>------------------------------------------------<br>TWO 4 STU, LLC, a California limited liability company dba LERNER PROJECT; and STUART JAY LERNER, an individual and Co-Trustee of the Lerner Family Revocable Trust,<br>        Counter-Claimants,<br>   v.<br>MATTHEW SIMPSON; HUNDRED ACRE WINE GROUP, INC.,<br>        Counter-Defendants. | Case No. **3:22-cv-07305-JD**<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: November 18, 2022<br>Trial Date:      None Set<br>Judge:           James Donato |

Defendants Two 4 Stu, LLC, Stuart J. Lerner, Vine Vault LLC, Elton Potts, Plaintiff and Counter-Defendant Hundred Acre Wine Group Inc., and Counter-Defendant Matthew Simpson (collectively the "Parties") hereby provide the following Joint Status Report to the Court:

On February 15, 2023, the Court issued the following Order based on the Parties' Stipulations (Dkt. Nos. 40 and 41): "[A]ll hearing dates and deadlines are vacated pending further order to facilitate settlement discussions. The parties are directed to file a joint status report by March 17, 2023." (Dkt. No. 42.)

On March 21, 2023, the Court issued the following Order based on the Parties' Stipulation (Dkt. No. 46): "[T]he stay is continued to June 16, 2023, to facilitate settlement discussions. Further extensions of the stay are unlikely. The hearing set for April 27, 2023, is vacated pending further order, and all pending motions are terminated without prejudice. The parties are directed to file a joint status report by June 16, 2023." (Dkt. No. 47).

On April 13, 2023, the Court issued the following Order based on the Parties' Stipulation (Dkt No. 48): "The parties' stipulated protective order, Dkt. No. 48, is approved, except that in those cases where the stipulated protective order conflicts with the Court's standing orders (e.g. with respect to filing of discovery motions), the Court's standing orders will control." (Dkt. No. 49)

The Parties were unsuccessful in their resolution attempts through informal settlement communications and wish to set up a private mediation in an attempt to resolve this matter, if possible, in advance of the initial Case Management Conference. To allow the Parties sufficient time to reserve and complete a mediation session, the Parties propose that the Case Management Conference be set in late September, or a date thereafter convenient for the Court.

Accordingly, the Parties respectfully request that Court lift the litigation stay and issue an order setting a new Initial Case Management Conference on or after September 28, 2023, with the Parties' last day to file their Joint FRCP Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file a Case Management Statement per Standing Order re Contents of Joint Case Management Statement, due seven (7) days in advance of the new Initial Case Management Conference date."

Dated: June 16, 2023                    **CALLAHAN & BLAINE, APLC**

By: __/s/ John D. Van Ackeren_
Michael J. Sachs
John D. Van Ackeren
Attorneys for Defendants and Counter-Claimants
TWO 4 STU, LLC and STUART JAY LERNER

Dated: June 16, 2023                    **MARSHALL & ASSOCIATES**

By: _/s/ John A. Marshall_____
John A. Marshall
Ronald "Travis" M. Tillman
Attorneys for Defendants VINE VAULT LLC and ELTON POTTS

Dated: June 16, 2023                    **MILLSTEIN FELLNER LLP**

By: _/s/ Kevin D. Cardona_____
David J. Millstein
Kevin D. Cardona
Attorneys for Plaintiff and Counter-Defendant HUNDRED ACRE WINE GROUP, INC.

Dated: June 16, 2023                    **MURPHY PEARSON BRADLEY AND FEENEY, PC.**

By: _/s/ John Girarde_____
John Girarde
Attorneys for Counter-Defendant MATTHEW SIMPSON

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 501(h)(3) of the United States District Court for the Northern District of California, the undersigned hereby attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and authorized this filing on June 16, 2023.

By: /s/ Kevin David Cardona