**CALLAHAN & BLAINE, APLC**
Michael J. Sachs (SBN 134468)
mjs@callahan-law.com
John D. Van Ackeren (SBN 240793)
jvanackeren@callahan-law.com
3 Hutton Centre Drive, Ninth Floor
Santa Ana, California 92707
Telephone: (714) 241-4444
Facsimile: (714) 241-4445

Attorneys for Defendants and Counter-Claimants TWO 4 STU, LLC and STUART JAY LERNER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| HUNDRED ACRE WINE GROUP INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TWO 4 STU, LLC, a California limited liability company dba LERNER PROJECT; STUART JAY LERNER, an individual; VINE VAULT LLC, a Georgia limited liability company; and ELTON POTTS, an individual,<br><br>　　　　Defendants. | CASE NO.:   3:22-CV-07305-jd<br><br>Judge: James Donato<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:   November 18, 2022<br>Trial Date:   Not Set |
| TWO 4 STU, LLC, a California limited liability company dba LERNER PROJECT; and STUART JAY LERNER, an individual and Co-Trustee of the Lerner Family Revocable Trust,<br><br>　　　　Counter-Claimants,<br><br>　　v.<br><br>MATTHEW SIMPSON, an individual; HUNDRED ACRE WINE GROUP INC., a Delaware corporation,<br><br>　　　　Counter-Defendants. | |

STIPULATION - 3:22-CV-07305-jd

Defendants and Counter-Claimants Two 4 Stu, LLC and Stuart J. Lerner, Defendants Vine Vault LLC and Elton Potts, Plaintiff Hundred Acre Wine Group Inc., and Counter-Defendant Matthew Simpson, by and through their respective counsel of record, hereby enter into the following Stipulation:

## RECITALS

WHEREAS, on or about June 26, 2023, the Court issued an Order lifting the stay and setting a Case Management Conference for October 5, 2023, at 10:00 a.m.

WHEREAS, counsel for the parties have been actively exploring settlement prospects for months and were able to agree on using Hon. Alfred Chiantelli (Ret'd) with ADR Services, Inc. for private mediation.

WHEREAS, based on the availability of the parties, their counsel, and Judge Chiantelli, as well the requirement that the mediation be conducted in person, the only available date early this fall for the mediation is October 5, 2023.

WHEREAS, the parties desire to continue the Case Management Conference currently set for October 5, 2023 to a date at least three weeks later that is convenient for the Court so that the mediation can proceed on October 5.

## STIPULATION

Based on the foregoing recitals, the parties hereby stipulate as follows:

1. The Case Management Conference currently set for October 5, 2023 be continued to a date on or after October 26, 2023 that is convenient for the Court; and

2. All deadlines related to the Case Management Conference be based on the new date.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  September 5, 2023                **CALLAHAN & BLAINE, APLC**

By:   */S/ John D. Van Ackeren*
        Michael J. Sachs
        John D. Van Ackeren
        Attorneys for Defendants and Counter-
        Claimants TWO 4 STU, LLC and STUART
        JAY LERNER

Dated:  September 5, 2023                **MARSHALL & ASSOCIATES**

By:   */S/ Travis M. Tillman*
        John A. Marshall
        Ronald "Travis" M. Tillman
        Attorneys for Defendants VINE VAULT LLC
        and ELTON POTTS

Dated:  September 5, 2023                **MILLSTEIN FELLNER LLP**

By:   */S/ Kevin D. Cardona*
        David J. Millstein
        Kevin D. Cardona
        Attorneys for Plaintiff and Counter-Defendant
        HUNDRED ACRE WINE GROUP, INC.

Dated:  September 5, 2023                **MURPHY, PEARSON, BRADLEY & FEENEY**

By:   */S/ Stephanie Yee*
        John P. Girarde
        Stephanie Yee
        Attorneys for Counter-Defendant MATTHEW
        SIMPSON

Attestation pursuant to L.R. 5-1(i)(3) regarding signatures: I, John D. Van Ackeren, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  September 5, 2023     **CALLAHAN & BLAINE, APLC**

By:     */S/ John D. Van Ackeren*
Michael J. Sachs
John D. Van Ackeren
Attorneys for Defendants and Counter-Claimants TWO 4 STU, LLC and STUART JAY LERNER